AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA;
ADRIA JAWORT; RACHEL CORCORAN; MONTANA BOOK
COMPANY; IMAGINE BREWING COMPANY, LLC d/b/a IMAGINE
NATION BREWING COMPANY; BUMBLEBEE AERIAL FITNESS;
THE WESTERN MONTANA COMMUNITY CENTER; THE GREAT
FALLS LGBTQ+ CENTER; and THE MYRNA LOY,

*Plaintiff(s)*

v.

Civil Action No. CV-23-50-BU-BMM

AUSTIN KNUDSEN; ELSIE ARNTZEN; and J.P.
GALLAGHER

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Austin Knudsen, Montana Attorney General
> 215 N Sanders, Third Floor
> PO Box 201401 Helena, MT 59620-1401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/7/2023

Maci Orthman

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:


Print        Save As...        Reset