IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA, et al., | CV 23-00050-BU-BMM |
| Plaintiffs, | |
| vs. | ORDER |
| AUSTIN KNUDSEN; ELSIE ARNTZEN; J.P. GALLAGHER; and THE CITY OF HELENA, | |
| Defendants. | |

IT IS ORDERED that a hearing will be held on Plaintiffs' Motion for Temporary Restraining Order (Doc. 4) at 2:00 pm on Wednesday, July 26, 2023, at the Paul G. Hatfield Federal Courthouse, 901 Front Street, Helena, Montana.

Plaintiffs shall make every reasonable effort to notify Defendants of this hearing.

DATED this 19th day of July, 2023

Brian Morris, Chief District Judge
United States District Court