Constance Van Kley
Rylee Sommers-Flanagan
Niki Zupanic
 Upper Seven Law
 P.O. Box 31
 Helena, MT 59624
 (406) 306-0330
 constance@uppersevenlaw.com
 rylee@uppersevenlaw.com
 niki@uppersevenlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA; ADRIA JAWORT; RACHEL CORCORAN; THE MONTANA BOOK COMPANY; IMAGINE BREWING COMPANY, LLC d/b/a IMAGINE NATION BREWING COMPANY; BUMBLEBEE AERIAL FITNESS; MONTANA PRIDE; THE WESTERN MONTANA COMMUNITY CENTER; THE GREAT FALLS LGBTQ+ CENTER; THE ROXY THEATER; and THE MYRNA LOY, *Plaintiffs*, vs. AUSTIN KNUDSEN; ELSIE ARNTZEN; J.P. GALLAGHER; and THE CITY OF HELENA, *Defendants*. | Cause No. CV- 23-50-BU-BMM  Notice |

On Monday, July 17, 2023, Plaintiffs moved for a temporary restraining order and preliminary injunction. The Court has set a hearing on the motion for a temporary restraining order for Wednesday, July 26, 2023 at 2:00 p.m. In its Order setting the hearing (Doc. 7), the Court ordered Plaintiffs to "make every reasonable effort to notify Defendants of this hearing."

Plaintiffs hereby give notice that all Defendants have been served and have received email and hard copies of all filings, including the Court's Order setting the hearing. Counsel for each Defendant has confirmed receipt of the Court's Order.

Respectfully submitted this 24th day of July, 2023.

/s/ *Constance Van Kley*
Constance Van Kley
Upper Seven Law

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that this document was served upon the following on July 24, 2023, via email and certified mail:

Thane Johnson, Assistant Attorney General
Office of the Attorney General
P.O. Box 201401
Helena, MT 59620-1401
thane.johnson@mt.gov

Rob Stutz, Chief Legal Counsel
Office of the Superintendent of Public Instruction
P.O. Box 202501
Helena, MT 59620
rob.stutz@mt.gov

Rebecca Dockter, City Attorney
City of Helena
316 N. Park Ave., Room 203
Helena, MT 59623
rdockter@helenamt.gov

Cynthia Walker
Boone Karlberg PC
P.O. Box 9199
Missoula MT 59807-9199
cwalker@boonekarlberg.com

                                                */s/Constance Van Kley*
                                                Constance Van Kley
                                                Upper Seven Law

                                                *Attorney for Plaintiffs*