Rebecca Dockter
Helena City Attorney
City/County Building
316 North Park Ave.
Helena, MT 59623
(406) 457-8595
rdockter@helenamt.gov

ATTORNEY FOR DEFENDANT
City of Helena

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA BUTTE DIVISION

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA; ADRIA JAWORT; RACHEL CORCORAN; MONTANA BOOK COMPANY; IMAGINE BREWING COMPANY, LLC d/b/a IMAGINE NATION BREWING COMPANY; BUMBLEBEE AERIAL FITNESS; MONTANA PRIDE; THE WESTERN MONTANA COMMUNITY CENTER; THE GREAT FALLS LGBTQ+ CENTER; THE ROXY THEATER; and THE MYRNA LOY,<br><br>PLAINTIFFS<br><br>-vs-<br><br>AUSTIN KNUDSEN; ELSIE ARNTZEN; J.P. GALLAGHER; and THE CITY OF HELENA,<br><br>DEFENDANTS. | Cause No.<br>CV 23-50-BU-BMM<br><br>Notice Of Appearance on Behalf of Defendant City of Helena |

**NOTICE** is hereby given that Rebecca Dockter, Helena City Attorney, will represent the Defendant City of Helena in the above-entitled action.

**DATED** this 24th of July, 2023

/s/Rebecca Dockter
REBECCA DOCKTER
City Attorney
Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon all parties of record via CM/ECF on the 24th day of July, 2023.

**DATED** this 24th of July, 2023.

/s/Jennifer Berry