Cynthia L. Walker
Shelby K. Towe
BOONE KARLBERG P.C.
201 West Main, Suite 300
P. O. Box 9199
Missoula, MT 59807-9199
Phone:  (406) 543-6646
Fax:     (406) 549-6804
cwalker@boonekarlberg.com
stowe@boonekarlberg.com
*Attorneys for Defendant J.P. Gallagher*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA; ADRIA JAWORT; RACHEL CORCORAN; MONTANA BOOK COMPANY; IMAGINE BREWING COMPANY, LLC d/b/a IMAGINE NATION BREWING COMPANY; BUMBLEBEE AERIAL FITNESS; MONTANA PRIDE; THE WESTERN MONTANA COMMUNITY CENTER; THE GREAT FALLS LGBTQ+ CENTER; THE ROXY THEATER; and THE MYRNA LOY,<br><br>Plaintiffs,<br><br>v.<br><br>AUSTIN KNUDSEN; ELSIE ARNTZEN; and J.P. GALLAGHER; and THE CITY OF HELENA,<br><br>Defendants. | CV 23-50-BU-BMM<br><br><br><br><br><br>**NOTICE OF APPEARANCE OF CYNTHIA L. WALKER AND SHELBY K. TOWE** |

Notice is hereby given that Cynthia L. Walker and Shelby K. Towe will be representing Defendant J.P. Gallagher in this action.

DATED this 26th day of July, 2023.

/s/ Cynthia L. Walker
Cynthia L. Walker
BOONE KARLBERG P.C.
*Attorneys for Defendant J.P. Gallagher*
