Austin Knudsen
  *Montana Attorney General*
Michael Russell
Thane Johnson
Alwyn Lansing
Michael Noonan
  *Assistant Attorneys General*
MONTANA DEPARTMENT OF JUSTICE
P.O. Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
Fax: (406) 444-3549
michael.russell@mt.gov
thane.johnson@mt.gov
alwyn.lansing@mt.gov
michael.noonan@mt.gov

Emily Jones
  Special *Assistant Attorney General*
JONES LAW FIRM, PLLC
115 N. Broadway, Suite 410
Billings, MT 59101
Phone: 406-384-7990
emily@joneslawmt.com

*Attorneys for Defendants Austin Knudsen
and Elsie Arntzen*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, BUTTE DIVISION

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AUSTIN KNUDSEN; ELSIE ARNTZEN; J.P. GALLAGHER; AND THE CITY OF HELENA, <br><br> Defendants. | Cause No. 2:23-cv-00050-BMM <br><br> **STATE DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

On July 17, 2023, Plaintiffs filed their Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. 4/"Motion"). Pursuant to Local Rule 7.1(d)(1)(B)(ii), Defendants Knudsen and Arntzen's (the "State Defendants") Response to Plaintiffs' Motion must be filed within 14 days after the Motion was entered in the docket. The State Defendants' Response is therefore currently due on July 31, 2023. Due to unforeseen circumstances and undersigned counsel's preexisting litigation deadlines and workload, the State Defendants respectfully request a brief two-day extension of time to file their Response. This is the State Defendants' first request for an extension of time. Undersigned counsel has contacted counsel of record for Plaintiffs and the City of Helena, and said counsel do not object to the sought extension.

For the foregoing reasons, the State Defendants respectfully request that the due date for their Response to Plaintiffs' Motion be extended by two days, to and including August 2, 2023.

DATED this 31st day of July, 2023.

Austin Knudsen
Montana Attorney General

/s/ Michael Russell
Michael Russell
Thane Johnson
Alwyn Lansing
Michael Noonan
 Assistant Attorneys General
Montana Department of Justice
P.O. Box 201401
Helena, MT 59620-1401


Emily Jones
 Special Assistant Attorney General
JONES LAW FIRM, PLLC
115 N. Broadway, Suite 410
Billings, MT 59101
Phone: 406-384-7990
emily@joneslawmt.com

Attorneys for Defendants Austin Knudsen
and Elsie Arntzen

## CERTIFICATE OF SERVICE

I certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

Dated: <u>July 31, 2023</u>            <u>/s/ *Michael Russell*</u>
                                      Michael Russell