UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, BUTTE DIVISION

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AUSTIN KNUDSEN; ELSIE ARNTZEN; J.P. GALLAGHER; AND THE CITY OF HELENA, <br><br> Defendants. | Cause No. 2:23-cv-00050-BMM <br><br> **[PROPOSED] ORDER GRANTING STATE DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Upon consideration of the State Defendants' Unopposed Motion for Extension of Time to File Response to Plaintiffs' Motion for Preliminary Injunction, and good cause appearing, it is hereby ORDERED that the motion is GRANTED. The State Defendants' Response is now due on August 2, 2023.

DATED this _____ day of July, 2023.

_____
The Honorable Brian Morris, Chief District Judge
United States District Court