# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA; ADRIA JAWORT; RACHEL CORCORAN; MONTANA BOOK COMPANY; IMAGINE BREWING COMPANY, LLC d/b/a IMAGINE NATION BREWING COMPANY; BUMBLEBEE AERIAL FITNESS; THE WESTERN MONTANA COMMUNITY CENTER; MONTANA PRIDE; THE GREAT FALLS LGBTQ+ COMMUNITY CENTER; THE ROXY THEATER; and THE MYRNA LOY, <br><br> Plaintiffs, <br><br> vs. <br><br> AUSTIN KNUDSEN; ELSIE ARNTZEN; J.P. GALLAGHER; and THE CITY OF HELENA, <br><br> Defendants. | No. CV 23-50-BU-BMM <br><br> **ORDER** |

Upon consideration of the State Defendants' Unopposed Motion for Extension of Time to File Response to Plaintiffs' Motion for Preliminary Injunction, and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED.** (Doc. 15.) State Defendants' Response is now due on August 2, 2023.

DATED this 31st day of July 2023.

_____
Brian Morris, Chief District Judge
United States District Court

1