Hello, there is a transexxual reading to children at the public library on Friday the 2nd, the "performer" has posted on Twitter that it will be discussing sexual acts and there may be children there.
https://twitter.com/IndigiTrans/status/1662186634664882177?s=20
This is illegal under Montana state law now, will the local police be allowing this to happen?



HB 359



**Exhibit A**