

Exhibit B



**Exhibit B**



Exhibit B



**Carrie Kiely**
Shari Curtis omg... I'm so sorry. How awful...
Like Reply 1w 4

**Mary Sutherland**
Shari Curtis that's absolutely BS. I'm so sorry they're having to deal with that!!
Like Reply 1w

**Stella Capoccia**
An honest drag show would be cool, one that is geared towards instigating is not fair to anyone
Like Reply 1w 12

**Mattea McKinney**
Stella Capoccia precisely my thoughts.
Like Reply 1w 4

**Kaptin Sinnindebauchery** Author
Stella Capoccia it's NOT instigating - it's throwing a Constitutional court challenge to an unjust and hate-filled law......

........I'm not LGBTQ.....but I had thought that I had heard something once about when good people do nothing.....🤔
Like Reply 1w 10

↳ View 3 more replies

**Callie Boyle**
Maybe it would be interesting to have some men wearing kilts, or women wearing pants read stories. If I understand correctly, those are also prohibited.
Like Reply 1w 7

**Abra Belke**
Callie Boyle The bill went through four versions. The early version prohibited any cross dressing of any kind. The final version prohibit drag performances that appeal to a "prurient interest in sex." So someone would have to argue that the kilt was really, deeply pornographic.

Luckily, they probably don't need an actual performance stopped to be able to

Exhibit B



sue.
Like  Reply  1w

**Callie Boyle**
Abra Belke i think there's probably a certain segment of the population that would happily argue that kilts are pornographic but that's a different conversation.
Like  Reply  1w

**Abra Belke**
Callie Boyle Some people are turned on by plaid.
Like  Reply  1w                          2

**Carrie Kiely**
Abra Belke The only pornographic thing about wearing a kilt in Butte is the gal who has that mirror on a stick she tries to shove between the men's legs on St. Patrick's Day.
Like  Reply  1w

**Carrie Kiely**
Abra Belke I would love to use the wearing of kilts to challenge the law. They are a component of the formal regalia of our most treasured traditions!
Like  Reply  1w

**Robert W Thomson**
Abra Belke I plan to start wearing my kilt more frequently just to see if I can get some dumb person to complain about it.
Like  Reply  2d

**Shari Curtis** Admin
Callie Boyle we were thinking Santa Claus would be banned too
Like  Reply  1w

**Lauri Moon** Moderator
It's time to get into some Good Trouble!           8
Like  Reply  1w

**Exhibit B**



**Exhibit B**



Exhibit B