

THE CITY-COUNTY OF
**Butte-Silver Bow**

Office of the Chief Executive
J.P. Gallagher, Chief Executive
Ph: 406-497-6222   E-Mail: jgallagher@bsb.mt.gov

Ms. Jawort,

Please be advised that the decision to cancel your appearance at the Butte-Silver Bow (BSB) Library on June 2, 2023, was based upon your twitter post stating, "And I will def have a book & sexuality will be discussed & minors may be present ...  I do an LGBTQ/2 Spirit history lecture at a library June 2.  I am really entertaining at this one, too.  BUT this literally might be illegal in Mont. as a flamboyantly dressed trans woman…"

Analyzing this language with the provisions of HB 359, BSB made the decision out of an abundance of caution to cancel your appearance at this time.  However, BSB is open to discuss with you the re-scheduling of this event with your assurance and the appropriate parameters in place, that the provisions of HB 359, while it remains the law, will not be violated.

I would like to meet with you to figure out a solution that will allow you to present to our public.  I tried to reach out to you yesterday to offer a solution and make sure that this presentation did not violate the language in state law regarding public libraries and schools.  At the time I called and was transferred to you after a few words we were immediately disconnected.  I tried to follow back up with calls from my office phone line and my cell phone.  I understand your frustration and you may not have wanted to speak yesterday.

I would be happy to schedule a time to meet with you at your convenience to talk through the concerns that BSB have and come up with a solution that will allow you to present to the community.  I want to allow you the respect that you deserve and the ability to share your thoughts on this issue with me.

Please contact me back at any time.

Sincerely,

*[signature]*

J. P. Gallagher
BSB Chief Executive

**Exhibit C**