Cynthia L. Walker
Shelby K. Towe
BOONE KARLBERG P.C.
201 West Main, Suite 300
P. O. Box 9199
Missoula, MT 59807-9199
Phone: (406) 543-6646
Fax:    (406) 549-6804
cwalker@boonekarlberg.com
stowe@boonekarlberg.com
*Attorneys for Defendant J.P. Gallagher*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA; ADRIA JAWORT; RACHEL CORCORAN; MONTANA BOOK COMPANY; IMAGINE BREWING COMPANY, LLC d/b/a IMAGINE NATION BREWING COMPANY; BUMBLEBEE AERIAL FITNESS; MONTANA PRIDE; THE WESTERN MONTANA COMMUNITY CENTER; THE GREAT FALLS LGBTQ+ CENTER; THE ROXY THEATER; and THE MYRNA LOY,<br><br>            Plaintiffs,<br><br>   v.<br><br>AUSTIN KNUDSEN; ELSIE ARNTZEN; and J.P. GALLAGHER; and THE CITY OF HELENA,<br><br>            Defendants. | CV 23-50-BU-BMM<br><br><br><br><br><br><br><br><br>**DECLARATION OF EILEEN JOYCE** |

I, Eileen Joyce, declare and state as follows:

1. I have personal knowledge of the facts set forth in this declaration and am over the age of 18 and otherwise competent to testify.

2. I make this declaration in support of Defendant J.P. Gallagher's response to Plaintiffs' motion for preliminary injunction.

3. I am the elected County Attorney for the City and County of Butte-Silver Bow (BSB) and have served in that capacity since 2009. As County Attorney, I am BSB's chief legal officer and am responsible for providing legal advice and guidance to the Chief Executive and all BSB departments.

4. On June 8, 2023, I received a litigation hold letter from Constance Van Kley, one of the attorneys representing Plaintiff Adria Jawort in this action. A true and correct copy of the letter is attached as **Exhibit A**.

I declare under penalty of perjury under the laws of the State of Montana that the foregoing is true and correct.

DATED this 4th day of August, 2023.

_____
Eileen Joyce