# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA; ADRIA JAWORT; RACHEL CORCORAN; MONTANA BOOK COMPANY; IMAGINE BREWING COMPANY, LLC d/b/a IMAGINE NATION BREWING COMPANY; BUMBLEBEE AERIAL FITNESS; THE WESTERN MONTANA COMMUNITY CENTER; MONTANA PRIDE; THE GREAT FALLS LGBTQ+ COMMUNITY CENTER; THE ROXY THEATER; and THE MYRNA LOY,<br><br>Plaintiffs,<br><br>vs.<br><br>AUSTIN KNUDSEN; ELSIE ARNTZEN; J.P. GALLAGHER; and THE CITY OF HELENA,<br><br>Defendants. | No. CV 23-50-BU-BMM<br><br>ORDER |

The Court directed the parties to submit briefing on Defendants Knudsen's, Arntzen's, and Gallagher's respective jury demands by September 11, 2023. (Doc. 27.) Additional time to file is appropriate to facilitate full briefing on the matter.

**IT IS HEREBY ORDERED**:

1

Parties shall submit the briefing so ordered by 5:00 PM on September 14, 2023.

DATED this 5th of September, 2023.

_____
Brian Morris, Chief District Judge
United States District Court