Constance Van Kley
Rylee Sommers-Flanagan
Niki Zupanic
  Upper Seven Law
  P.O. Box 31
  Helena, MT  59624
  (406) 306-0330
  constance@uppersevenlaw.com
  rylee@uppersevenlaw.com
  niki@uppersevenlaw.com

  *Attorneys for Plaintiffs*

Cynthia L. Walker
Shelby K. Towe
Boone Karlberg P.C.
201 West Main, Suite 300
P.O. Box 9199
Missoula, MT  59807-9199
Phone: (406) 543-6643
Fax: (406) 549-6804
cwalker@boonekarlberg.com
stowe@boonekarlberg.com

  *Attorneys for Defendant J.P.*
  *Gallagher*

Austin Knudson
  *Montana Attorney General*
Michael Russell
Thane Johnson
Alwyn Lansing
Michael Noonan
  *Assistant Attorneys General*
MONTANA DEPARTMENT OF
JUSTICE
P.O. Box 201401
Helena, MT  59620-1401
Phone: (406) 444-2026
Fax: (406) 444-3549
michael.russell@mt.gov
thane.johnson@mt.gov
alwyn.lansing@mt.gov
michael.noonan@mt.gov

Emily Jones
  *Special Assistant Attorney General*
JONES LAW FIRM, PLLC
115 N. Broadway Suite 410
Billings, MT  59101
Phone: (406) 384-7990
emily@joneslawmt.com

  *Attorneys for State Defendants*

Rebecca Dockter
Helena City Attorney
City/County Building
316 North Park Avenue
Helena, MT  59623
(406) 457-8595
rdockter@helenamt.gov

  *Attorneys for Defendant City of*
  *Helena*

1

## UNITED STATES DISTRICT COURT
## FOR THE STATE OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA; ADRIA JAWORT; RACHEL CORCORAN; MONTANA BOOK COMPANY; IMAGINE BREWING COMPANY, LLC d/b/a IMAGINE NATION BREWING COMPANY; BUMBLEBEE AERIAL FITNESS; MONTANA PRIDE; THE WESTERN MONTANA COMMUNITY CENTER; THE GREAT FALLS LGBTQ+ CENTER; THE ROXY THEATER; and THE MYRNA LOY,<br><br>Plaintiffs,<br><br>vs.<br><br>AUSTIN KNUDSEN; ELSIE ARNTZEN; J.P. GALLAGHER; and THE CITY OF HELENA,<br><br>Defendants. | Cause CV 23-50-BU-BMM<br><br>**STIPULATION FOR DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, through counsel, stipulate for dismissal of Count III of the First Amended Complaint with prejudice and dismissal of the City of Helena without prejudice. A proposed form of the order required by Fed. R. Civ. P. 41(a)(2) is filed herewith.

DATED this 6th day of September, 2023.

UPPER SEVEN LAW

2

        /s/ *Constance Van Kley*
        Constance Van Kley
        Rylee Sommers-Flanagan
        Niki Zupanic
        *Attorneys for Plaintiffs*

DATED this 6th day of September, 2023.

        BOONE KARLBERG P.C.

        /s/ Cynthia L. Walker
        Cynthia L. Walker
        Shelby K. Towe
        *Attorneys for Defendant J.P. Gallagher*

DATED this 6th day of September, 2023.

        MONTANA DEPARTMENT OF JUSTICE

        /s/ Thane Johnson
        Austin Knudson
        *Attorneys for State Defendants*

DATED this 6th day of September, 2023.

        CITY OF HELENA

        /s/Rebecca J. Dockter
        Rebecca Dockter
        *Helena City Attorney*