# UNITED STATES DISTRICT COURT
## FOR THE STATE OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA; ADRIA JAWORT; RACHEL CORCORAN; MONTANA BOOK COMPANY; IMAGINE BREWING COMPANY, LLC d/b/a IMAGINE NATION BREWING COMPANY; BUMBLEBEE AERIAL FITNESS; MONTANA PRIDE; THE WESTERN MONTANA COMMUNITY CENTER; THE GREAT FALLS LGBTQ+ CENTER; THE ROXY THEATER; and THE MYRNA LOY, <br><br> Plaintiffs, <br><br> vs. <br><br> AUSTIN KNUDSEN; ELSIE ARNTZEN; J.P. GALLAGHER; and THE CITY OF HELENA, <br><br> Defendants. | Cause CV 23-50-BU-BMM <br><br> **DISMISSAL WITHOUT PREJUDICE** |

The parties, through counsel, have stipulated to the dismissal of the City of Helena.  Pursuant to Fed. R. Civ. P. 41(a)(1-2), the City of Helena is DISMISSED without prejudice, with each party to bear their own costs and fees.  Count III of the First Amended Complaint is DISMISSED with prejudice, with each party to bear their own costs and fees.

DATED this ___ day of _____ 2023.


_____
UNITED STATES DISTRICT COURT JUDGE