Rylee Sommers-Flanagan
Dimitrios Tsolakidis
UPPER SEVEN LAW
P.O. Box 31
Helena, MT 59624
Telephone: 406-396-3373
rylee@uppersevenlaw.com
dimitrios@uppersevenlaw.com

Niki Zupanic
ZUPANIC LAW PLLC
P.O. Box 1982
Helena, MT 59624
Telephone: 406-461-5178
niki@zupaniclaw.com

*Attorneys for Plaintiffs*

## MONTANA FIRST JUDICIAL DISTRICT COURT, LEWIS & CLARK COUNTY

| | |
|---|---|
| WILLARD RANDALL; KIAH ABBEY; DIANE SANDS; MONTANA CHAPTER OF THE NATIONAL ORGANIZATION FOR WOMEN; AMERICAN ASSOCIATION OF UNIVERSITY WOMEN OF MONTANA; JESSICA PLANCE; DAVID ALEX SCHWAB,<br><br>*Plaintiffs*,<br><br>v.<br><br>STATE OF MONTANA; LAURIE ESAU, in her official capacity as COMMISSIONER OF THE MONTANA DEPARTMENT OF LABOR AND INDUSTRY; and TROY DOWNING, in his official capacity as COMMISSIONER OF SECURITIES AND INSURANCE, MONTANA STATE AUDITOR,<br><br>*Defendants*. | Cause No.: ADV 2022–925<br><br>Hon. Mike Menahan<br><br><br>**Notice of Counsel's Change of Firm and Address** |

Plaintiffs hereby notify this Court and the parties that Niki Zupanic has changed law firms. Please send all pleadings, correspondence, and any other documents for Ms. Zupanic to the following address and email:

Niki Zupanic
Zupanic Law PLLC
P.O. Box 1982
Helena, MT 59624
406-461-5178
niki@zupaniclaw.com

Rylee Sommers-Flanagan and Dimitrios Tsolakidis of Upper Seven Law also remain counsel for Plaintiffs.

Respectfully submitted this 25th day of September, 2023.

*/s/ Niki Zupanic*
Niki Zupanic
Zupanic Law PLLC

Rylee Sommers-Flanagan
Dimitrios Tsolakidis
Upper Seven Law

*Attorneys for Plaintiffs*
