# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA; ADRIA JAWORT; RACHEL CORCORAN; MONTANA BOOK COMPANY; IMAGINE BREWING COMPANY, LLC d/b/a IMAGINE NATION BREWING COMPANY; BUMBLEBEE AERIAL FITNESS; THE WESTERN MONTANA COMMUNITY CENTER; MONTANA PRIDE; THE GREAT FALLS LGBTQ+ COMMUNITY CENTER; THE ROXY THEATER; and THE MYRNA LOY,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>AUSTIN KNUDSEN; ELSIE ARNTZEN; J.P. GALLAGHER; and THE CITY OF HELENA,<br><br>　　　　　Defendants. | No. CV 23-50-BU-BMM<br><br>ORDER<br><br>AMENDED ORDER |

IT IS HEREBY ORDERED that the relevant parties will file a joint proposed pre-trial schedule on or before November 20, 2023 as to Counts IV and V. The Telephonic Scheduling Conference as to Counts IV and V is reset for November 27, 2023 at 01:30 PM before Judge Brian Morris. The call-in number is 877-402-9753; access code: 5136505.

IT IS ALSO ORDERED that the relevant parties will file a joint proposed pre-trial schedule (jury trial) on or before November 20, 2023 as to Counts I and II. The Telephonic Scheduling Conference as to Counts I and II is reset for November 27, 2023 at 01:45 PM before Judge Brian Morris. The call-in number is 877-402-9753; access code: 5136505.

DATED this 6th of November, 2023.

_____
Brian Morris, Chief District Judge
United States District Court