Austin Knudsen
  *Montana Attorney General*
Michael Russell
Thane Johnson
  *Assistant Attorneys General*
MONTANA DEPARTMENT OF JUSTICE
PO Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
Fax: (406) 444-3549
*michael.russell@mt.gov*
*thane.johnson@mt.gov*

Emily Jones
  *Special Assistant Attorney General*
JONES LAW FIRM, PLLC
115 N. Broadway, Suite 410
Billings, MT 59101
Phone: 406-384-7990
*emily@joneslawmt.com*

Attorneys for Defendants
Austin Knudsen and Elsie Arntzen

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, BUTTE DIVISION

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA; ADRIA JAWORT; RACHEL CORCORAN; THE MONTANA BOOK COMPANY, LLC d/b/a IMAGINE NATION BREWING COMPANY; BUMBLEBEE AERIAL FITNESS; MONTANA PRIDE; THE WESTERN MONTANA COMMUNITY CENTER; THE GREAT FALLS LGBTQ+ CENTER; THE ROXY THEATER; and THE MYRNA LOY,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>AUSTIN KNUDSEN; ELSIE ARNTZEN; J.P. GALLAGHER; AND THE CITY OF HELENA,<br><br>　　　　　　　　Defendants. | Cause No. 2:23-cv-00050-BMM<br><br>**PRELIMINARY INJUNCTION APPEAL** |

Pursuant to Federal Rules of Appellate Procedure 3 and 4 and 28 U.S.C. § 1292(a)(1), notice is hereby given that Defendants Austin Knudsen and Elsie Artzen appeal the Court's Order filed October 13, 2023 (Doc. 33).  This appeal is taken to the United States Court of Appeals for the Ninth Circuit.

DATED this 13th day of November, 2023.

Austin Knudsen
MONTANA ATTORNEY GENERAL


*/s/ Michael Russell*
Michael Russell
Thane Johnson
  *Assistant Attorneys General*
MONTANA DEPARTMENT OF JUSTICE
PO Box 201401
Helena, MT 59620-1401

Emily Jones
  *Special Assistant Attorney General*
JONES LAW FIRM, PLLC
115 N. Broadway, Suite 410
Billings, MT 59101

ATTORNEYS FOR DEFENDANTS
AUSTIN KNUDSEN AND ELSIE ARNTZEN

## CERTIFICATE OF SERVICE

I certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

Dated: <u>November 13, 2023</u>          <u>/s/ *Michael Russell*          </u>
                                        Michael Russell