Austin Knudsen
  *Montana Attorney General*
Michael Russell
Thane Johnson
  *Assistant Attorneys General*
MONTANA DEPARTMENT OF
JUSTICE
PO Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
Fax: (406) 444-3549
*michael.russell@mt.gov*
*thane.johnson@mt.gov*

Emily Jones
  Special *Assistant Attorney General*
JONES LAW FIRM, PLLC
115 N. Broadway, Suite 410
Billings, MT 59101
Phone: 406-384-7990
*emily@joneslawmt.com*

Attorneys for Defendants
Austin Knudsen and Elsie Arntzen

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, BUTTE DIVISION

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA; ADRIA JAWORT; RACHEL CORCORAN; THE MONTANA BOOK COMPANY, LLC D/B/A IMAGINE NATION BREWING COMPANY; BUMBLEBEE AERIAL FITNESS; MONTANA PRIDE; THE WESTERN MONTANA COMMUNITY CENTER; THE GREAT FALLS LGBTQ+ CENTER; THE ROXY THEATER; AND THE MYRNA LOY,<br><br>                    Plaintiffs,<br><br>     v.<br><br>AUSTIN KNUDSEN; ELSIE ARNTZEN; J.P. GALLAGHER; AND THE CITY OF HELENA,<br><br>                    Defendants. | Cause No. 2:23-cv-00050-BMM<br><br><br>**STATEMENT OF REPRESENTATION** |

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2, Defendants submit this Representation Statement.  The following list identifies all parties to the action along with the names, addresses, telephone numbers and email of their respective counsel:

| | |
|---|---|
| Plaintiffs and Appellees:<br><br>The Imperial Sovereign Court of the State of Montana; Adria Jawort; Rachel Corcoran; Montana Book Company; Imagine Brewing Company, LLC d/b/a/ Imagine Nation Brewing Company; Bumblebee Aerial Fitness; The Western Montana Community Center; The Great Falls LGBTQ+ Center; and The Myrna Loy | Counsel of Record:<br><br>Constance Van Kley<br>Rylee Sommers-Flanagan<br>UPPER SEVEN LAW<br>PO Box 31<br>Helena, MT 59624<br>Phone: 406-396-3373<br>*constance@uppersevenlaw.com*<br>*rylee@uppersevenlaw.com*<br><br>Niki Zupanic<br>ZUPANIC LAW PLLC<br>PO Box 1982<br>Helena, MT 59624<br>Phone: 406-461-5178<br>*niki@zupaniclaw.com* |
| Defendants and Appellants:<br><br>Austin Knudsen and Elsie Arntzen | Counsel of Record:<br><br>Michael Russell<br>Thane Johnson<br>Alwyn T. Lansing<br>Michael Noonan<br>MONTANA DEPARTMENT OF JUSTICE<br>PO Box 201401<br>Helena, MT 59620-1401<br>Phone:  406-444-2026<br>*michael.russell@mt.gov*<br>*thane.johnson@mt.gov* |

|  |  |
|---|---|
|  | *alwyn.lansing@mt.gov* <br> *michael.noonan@mt.gov* <br><br> Emily Jones <br> JONES LAW FIRM, PLLC <br> 115 N. Broadway, Suite 410 <br> Billings, MT 59101 <br> Phone: 406-384-7990 <br> *emily@joneslaw.com* |
| Other Defendants: | Counsel of Record: |
| J.P. Gallagher | Cynthia L. Walker <br> Shelby K. Towe <br> Boone Karlberg P.C. <br> PO Box 9199 <br> Missoula, MT 59807-9199 <br> Phone: 406-543-6646 <br> *cwalker@boonekarlberg.com* <br> *stowe@boonekarlberg.com* |
| The City of Helena <br> (*Terminated Sept. 6, 2023*) | Counsel of Record: <br><br> Rebecca J. Dockter <br> Helena City Attorney <br> City/County Building <br> 316 N. Park Street <br> Helena, MT 59 <br> Phone: 406-457-8595 <br> *rdockter@helenanamt.gov* |

DATED this 13th day of November, 2023.

Austin Knudsen
MONTANA ATTORNEY GENERAL


*/s/ Michael Russell*
Michael Russell
Thane Johnson
 *Assistant Attorneys General*
MONTANA DEPARTMENT OF JUSTICE
PO Box 201401
Helena, MT 59620-1401

Emily Jones
 *Special Assistant Attorney General*
JONES LAW FIRM, PLLC
115 N. Broadway, Suite 410
Billings, MT 59101

ATTORNEYS FOR DEFENDANTS
AUSTIN KNUDSEN AND ELSIE ARNTZEN


### CERTIFICATE OF SERVICE

I certify that on this date, an accurate copy of the foregoing document was

served electronically through the Court's CM/ECF system on registered counsel.

Dated: November 13, 2023          */s/ Michael Russell*
                                   Michael Russell