Constance Van Kley
Rylee Sommers-Flanagan
UPPER SEVEN LAW
P.O. Box 31
Helena, MT 59624
Telephone: (406) 396-3373
constance@uppersevenlaw.com
rylee@uppersevenlaw.com

Niki Zupanic
ZUPANIC LAW PLLC
P.O. Box 1982
Helena, MT 59624
Telephone: (406) 461-5178
niki@zupaniclaw.com
*Attorneys for Plaintiffs*

Cynthia L. Walker
Shelby K. Towe
BOONE KARLBERG P.C.
201 West Main, Suite 300
P. O. Box 9199
Missoula, MT 59807-9199
Telephone: (406) 543-6646
cwalker@boonekarlberg.com
stowe@boonekarlberg.com
*Attorneys for Defendant J.P. Gallagher*

# UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA; ADRIA JAWORT; RACHEL CORCORAN; MONTANA BOOK COMPANY; IMAGINE BREWING COMPANY, LLC d/b/a IMAGINE NATION BREWING COMPANY; BUMBLEBEE AERIAL FITNESS; THE WESTERN MONTANA COMMUNITY CENTER; MONTANA PRIDE; THE GREAT FALLS LGBTQ+ COMMUNITY CENTER; THE ROXY THEATER; and THE MYRNA LOY,<br>       *Plaintiffs*,<br> vs.<br><br>AUSTIN KNUDSEN; ELSIE ARNTZEN; and J.P. GALLAGHER,<br>       *Defendants*. | Cause No. CV-23-50-BU-BMM<br><br>**Joint Proposed Pre-trial Schedule as to Counts I & II** |

Pursuant to the Court's Order of November 6, 2023, (Doc. 37), Fed. R. Civ. P. 26(f)(3), and Local Rule 16.2(b)(2), Plaintiff Adria Jawort and Defendant J. P. Gallagher submit the following joint pre-trial schedule regarding Counts I and II of the First Amended Complaint (Doc. 3):

A.   Initial Disclosures

Initial disclosures shall be served by **December 29, 2023**.

B.   Experts

The parties may retain expert witnesses to provide opinions and testimony relating to liability, causation, and damages, and propose the following deadlines:

1.   On or before **January 19, 2024**, the parties shall simultaneously disclose all liability experts and Plaintiff shall disclose damages experts.

2.   On or before **February 20, 2024**, Defendant shall disclose damages experts.

3.   On or before **March 22, 2024**, the parties shall disclose rebuttal experts.

C. **Discovery**

The parties agree to conduct discovery in a manner designed to secure the just, speedy, and inexpensive resolution of this action, and in proportion to the needs of the case. Fed. R. Civ. P. 1, 26(b)(1).

1. Subjects of Discovery: The parties anticipate discovery will be needed on liability, causation, and damages issues.
2. Discovery Deadline: Discovery shall close on **April 1, 2024**.
3. Phases of Discovery: The parties do not believe discovery should be conducted in phases.

D. **Electronically Stored Information**

The parties agree to take steps to preserve the integrity of all potentially relevant electronic documents. The parties acknowledge their respective duties to preserve all discovery documents, including those stored in electronic media, including their obligation to prevent the automated deletion of any such documents.

The parties are not aware of any present issues regarding the disclosure or discovery of electronically-stored information. The parties agree that electronically-stored information should be subject to discovery to the same extent as other information.

E.   Claims of Privilege & Limitations on Discovery

The parties are not aware of any issues regarding claims of privilege or protection. The parties agree that when asserting any privilege, the objecting party shall prepare and serve with the objection a privilege log which at a minimum discloses the following: (1) the author of the document; (2) the identity of all recipients of the document; (3) the date of the document; (4) the subject of the document; and (5) the basis for the claimed privilege.

At this time, the parties do not request any changes to the limitations on discovery imposed by the Federal Rules of Civil Procedure or this Court's Local Rules. Should a party request such a change in the future, the parties agree to meet and confer before making a request to the Court.

F.   Any Other Orders that the Court Should Issue

If there is a need for a protective order under Rule 26(c), Fed. R. Civ. P, the parties agree to work jointly on the terms of a protective order to govern the production and handling of confidential information that may be produced or otherwise disclosed during the course of this litigation by any party or non-party.

G.  **Additional Deadlines**

The parties propose the following additional deadlines for this case:

| | |
|---|---|
| Amendment of pleadings and joinder of parties: | December 15, 2023 |
| All pretrial motions, other than discovery motions, shall be filed and fully briefed on or before: | April 15, 2024 |
| Attorney conference to discuss preparation of final pretrial order on or before: | May 17, 2024 |
| Proposed final pretrial order: | June 14, 2024 |
| Trial briefs; Proposed jury instructions; Notice to Court Reporter of Intent to Use Real-Time; and Notice to I.T. of Intent to Use Electronic Exhibits or Videoconferencing on or before: | 7 days prior to trial |

The parties do not request a pretrial conference other than the final pretrial conference specified in Local Rule 16.1.  The parties request a pretrial conference to be scheduled approximately four (4) weeks before trial.  This case does not need early judicial intervention due to complexity or other factors.

5

The parties consent to this Joint Pre-Trial Schedule and consent to it being filed electronically by Plaintiffs' counsel pursuant to Local Rule 11.2(a).

DATED this 20th day of November, 2023.

/s/ Constance Van Kley
Constance Van Kley
UPPER SEVEN LAW
*Attorneys for Plaintiffs*

/s/ Niki Zupanic
Niki Zupanic
ZUPANIC LAW PLLC
*Attorney for Plaintiffs*

/s/ Cynthia L. Walker
Cynthia L. Walker
BOONE KARLBERG P.C.
*Attorneys for Defendant J.P. Gallagher*