Constance Van Kley
Rylee Sommers-Flanagan
Upper Seven Law
P.O. Box 31
Helena, MT 59624
(406) 306-0330
constance@uppersevenlaw.com
rylee@uppersevenlaw.com

Niki Zupanic
Zupanic Law PLLC
P.O. Box 1982
Helena, MT 59624
(406) 461-5178
niki@zupaniclaw.com

*Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA
### BUTTE DIVISION

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA; ADRIA JAWORT; RACHEL CORCORAN; MONTANA BOOK COMPANY; IMAGINE BREWING COMPANY, LLC d/b/a IMAGINE NATION BREWING COMPANY; BUMBLEBEE AERIAL FITNESS; THE WESTERN MONTANA COMMUNITY CENTER; MONTANA PRIDE; THE GREAT FALLS LGBTQ+ COMMUNITY CENTER; THE ROXY THEATER; and THE MYRNA LOY,<br>　　　　　　*Plaintiffs*,<br>　　vs.<br><br>AUSTIN KNUDSEN; ELSIE ARNTZEN; and J.P. GALLAGHER,<br>　　　　　　*Defendants*. | Cause No. CV-23-50-BU-BMM<br><br>**Proposed Pre-trial Schedule as to Counts IV & V** |

Pursuant to the Court's Order of November 6, 2023, (Doc. 37), Fed. R. Civ. P. 26(f)(3), and Local Rule 16.2(b), the Parties to Counts IV and V jointly submit the following proposed pre-trial schedule:

(A) **Initial Disclosures**

The Parties will serve their initial disclosures no later than December 1, 2023.  The form of the disclosures shall comply with Federal Rule of Civil Procedure 26(a)(1).

(B) **Experts**

Disclosure of Experts:         February 1, 2024

Disclosure of Rebuttal Experts:   March 1, 2024

(C) **Discovery**

The Parties agree to conduct discovery in a manner designed to secure the just, speedy, and inexpensive resolution of this action, and in proportion to the needs of the case.  Fed. R. Civ. P. 1, 26(b)(1).

1. Subjects of Discovery:  The Parties may conduct discovery within the scope of Fed. R. Civ. P. 26 and the issues presented by the Parties' pleadings.

2. Discovery Deadline:  Discovery shall close on **April 26, 2024**.

3. Phases of Discovery:  The Parties do not believe discovery should be conducted in phases.

**(D) Electronically Stored Information**

The Parties do not anticipate any unusual issues concerning the preservation or production of electronically stored information ("ESI") from the Parties.

**(E) Claims of Privilege & Limitations on Discovery**

The Parties are not aware of any issues regarding claims of privilege or work product. The Parties do not request any changes to the rules governing discovery under the Federal Rules of Civil Procedure or this Court's Local Rules.

**(F) Any Other Orders that the Court Should Issue**

The Parties do not anticipate the need for any other orders under Rule 16(b) and (c) or Rule 26(c).

**(G) Additional Deadlines**

The Parties propose the following deadlines for this case

| | |
|---|---|
| Amendment of pleadings and joinder of parties: | December 15, 2023 |
| All pretrial motions, other than discovery motions, shall be filed on or before: | May 10, 2024 |
| Attorney conference to discuss preparation of final pretrial order on or before: | June 28, 2024 |

File proposed final pretrial order:   July 11, 2024

Trial briefs; Proposed Findings of
Fact & Conclusions of Law; Notice
to Court Reporter of Intent to Use
Real-Time; and Notice to I.T. of
Intent to Use Electronic Exhibits
or Videoconferencing on or before:   7 days prior to trial

The Parties do not request a pretrial conference other than the final pretrial conference specified in Local Rule 16.1. The Parties agree that the pretrial conference may be scheduled immediately before trial. This case does not require early judicial intervention due to complexity or other factors.

The Parties consent to this Joint Pre-trial Schedule and consent to it being filed electronically by Plaintiffs' counsel pursuant to Local Rule 11.2(a).

DATED this 20th day of November, 2023.

/s/ *Constance Van Kley*
Upper Seven Law

/s/ *Niki Zupanic*
Zupanic Law PLLC

*Attorneys for Plaintiffs*

/s/ Michael Russell
Michael Russell

*Attorney for State Defendants*