Constance Van Kley
Rylee Sommers-Flanagan
UPPER SEVEN LAW
P.O. Box 31
Helena, MT 596024
Telephone: (406) 396-3373
constance@uppersevenlaw.com
rylee@uppersevenlaw.com

Niki Zupanic
ZUPANIC LAW PLLC
P.O. Box 1982
Helena, MT 59624
Telephone: (406) 461-5178
niki@zupaniclaw.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA; ADRIA JAWORT; RACHEL CORCORAN; MONTANA BOOK COMPANY; IMAGINE BREWING COMPANY, LLC d/b/a IMAGINE NATION BREWING COMPANY; BUMBLEBEE AERIAL FITNESS; THE WESTERN MONTANA COMMUNITY CENTER; MONTANA PRIDE; THE GREAT FALLS LGBTQ+ COMMUNITY CENTER; THE ROXY THEATER; and THE MYRNA LOY,<br>     *Plaintiffs*,<br> vs.<br><br>AUSTIN KNUDSEN; ELSIE ARNTZEN; and J.P. GALLAGHER,<br>     *Defendants*. | Cause No. CV-23-50-BU-BMM<br><br>**Statement of Stipulated Facts as to Counts IV & V** |

The parties to Counts IV and V of the First Amended Complaint—all Plaintiffs and Defendants Austin Knudsen and Elsie Arntzen—submit the following stipulated facts relevant to Counts IV and V, pursuant to Local Rule 16.2(b)(3) and the Court's Order dated November 6, 2023.

1. Representative Braxton Mitchell introduced HB 359 on January 31, 2023.

2. HB 359 was enacted on May 22, 2023.

3. Upon violation of HB 359, the law provides for various criminal, civil, and administrative penalties.

4. On July 17, 2023, a group of Montana organizations, businesses, and individuals filed a First Amended Complaint to challenge HB 359 as applied and as facially unconstitutional.

5. As of July 17, 2023, the date of the filing of the First Amended Complaint, Defendant Austin Knudsen is the Attorney General of the State of Montana.

6. As of July 17, 2023, the date of the filing of the First Amended Complaint, Defendant Elsie Arntzen is the Superintendent of Public Instruction for the State of Montana.

Respectfully submitted this 20th day of November, 2023.

/s/ *Constance Van Kley*
Upper Seven Law

/s/ *Niki Zupanic*
Zupanic Law PLLC

*Attorneys for Plaintiffs*

/s/ Michael Russell
Michael Russell

*Attorney for State Defendants*