Constance Van Kley
Rylee Sommers-Flanagan
Upper Seven Law
P.O. Box 31
Helena, MT 59624
(406) 306-0330
constance@uppersevenlaw.com
rylee@uppersevenlaw.com

Niki Zupanic
Zupanic Law PLLC
P.O. Box 1982
Helena, MT 59624
(406) 461-5178
niki@zupaniclaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA; ADRIA JAWORT; RACHEL CORCORAN; MONTANA BOOK COMPANY; IMAGINE BREWING COMPANY, LLC d/b/a IMAGINE NATION BREWING COMPANY; BUMBLEBEE AERIAL FITNESS; THE WESTERN MONTANA COMMUNITY CENTER; MONTANA PRIDE; THE GREAT FALLS LGBTQ+ COMMUNITY CENTER; THE ROXY THEATER; and THE MYRNA LOY, <br>　　　　　　　　*Plaintiffs*, <br>　　vs. <br><br>AUSTIN KNUDSEN; ELSIE ARNTZEN; and J.P. GALLAGHER, <br>　　　　　　　　*Defendants*. | Cause No. <br>CV-23-50-BU-BMM <br><br>Stipulation of Dismissal |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, through counsel, stipulate to Defendant Austin Knudsen's dismissal from Counts I and II of the First Amended Complaint without prejudice. A proposed form of the order required by Fed. R. Civ. P. 41(a)(2) is filed contemporaneously. The parties note that this stipulation does not dismiss Defendant J.P. Gallagher from Counts I and II; nor does it dismiss Defendant Knudsen from Counts IV and V.

The parties further agree that Defendant Knudsen, as the Attorney General for the State of Montana, may defend the constitutionality of House Bill 359 to the degree that it is implicated by the litigation on Counts I and II.

DATED this 20th day of November, 2023.

/s/ *Constance Van Kley*
Constance Van Kley
Rylee Sommers-Flanagan

/s/ *Niki Zupanic*
Niki Zupanic

*Attorneys for Plaintiffs*

DATED this 20th day of November, 2023.

/s/ *Cynthia L. Walker*
Cynthia L. Walker
Shelby K. Towe

*Attorneys for Defendant J.P. Gallagher*

DATED this 20th day of November, 2023.

/s/ *Michael Russell*
Michael Russell

*Attorney for State Defendants*