# UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA; ADRIA JAWORT; RACHEL CORCORAN; MONTANA BOOK COMPANY; IMAGINE BREWING COMPANY, LLC d/b/a IMAGINE NATION BREWING COMPANY; BUMBLEBEE AERIAL FITNESS; MONTANA PRIDE; THE WESTERN MONTANA COMMUNITY CENTER; THE GREAT FALLS LGBTQ+ CENTER; THE ROXY THEATER; and THE MYRNA LOY,<br><br>      Plaintiffs,<br><br>vs.<br><br>AUSTIN KNUDSEN; ELSIE ARNTZEN; J.P. GALLAGHER; and THE CITY OF HELENA,<br><br>      Defendants. | Cause CV 23-50-BU-BMM<br><br>**DISMISSAL WITHOUT PREJUDICE** |

The parties, through counsel, have stipulated to the dismissal of Defendant Austin Knudsen from Counts I and II. Pursuant to Fed. R. Civ. P. 41(a), Knudsen is DISMISSED from Counts I and II without prejudice. This Order does not affect: (1) Plaintiff Adria Jawort's claims against Defendant J.P. Gallagher, as presented in Counts I and II; or (2) Plaintiffs' claims against Defendants Knudsen and Elsie Arntzen, as presented in Counts IV and V.

DATED this___day of_____2023.

Brian Morris, Chief District Judge
United States District Court