THE UNITED STATES DISTRICT COURTS
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA; ADRIA JAWORT; RACHEL CORCORAN; MONTANA BOOK COMPANY; IMAGINE BREWING COMPANY, LLC d/b/a IMAGINE NATION BREWING COMPANY; BUMBLEBEE AERIAL FITNESS; MONTANA PRIDE; THE WESTERN MONTANA COMMUNITY CENTER; THE GREAT FALLS LGBTQ+ CENTER; THE ROXY THEATER; and THE MYRNA LOY, <br><br>　　　　Plaintiffs, <br><br>　vs. <br><br>AUSTIN KNUDSEN; ELSIE ARNTZEN; J.P. GALLAGHER; and THE CITY OF HELENA, <br><br>　　　　Defendants. | Cause CV 23-50-BU-BMM <br><br> DISMISSAL WITHOUT PREJUDICE |

The parties, through counsel, have stipulated to the dismissal of Defendant Austin Knudsen from Counts I and II. Pursuant to Fed. R. Civ. P. 41(a), Knudsen is DISMISSED from Counts I and II without prejudice. This Order does not affect: (1) Plaintiff Adria Jawort's claims against Defendant J.P. Gallagher, as presented in Counts I and II; or (2) Plaintiffs' claims against Defendants Knudsen and Elsie Arntzen, as presented in Counts IV and V.

DATED this 20th day of November, 2023.

_____
Brian Morris, Chief District Judge
United States District Court