# Exhibit 6

Declaration of Rachel Corcoran
(July 17, 2023)

DocuSign Envelope ID: 79711FA8-C43A-4A3F-9C8B-AF538BCDB503

Constance Van Kley
Rylee Sommers-Flanagan
Niki Zupanic
 Upper Seven Law
 P.O. Box 31
 Helena, MT 59624
 (406) 306-0330
 constance@uppersevenlaw.com
 rylee@uppersevenlaw.com
 niki@uppersevenlaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA; ADRIA JAWORT; RACHEL CORCORAN; MONTANA BOOK COMPANY; IMAGINE BREWING COMPANY, LLC d/b/a IMAGINE NATION BREWING COMPANY; BUMBLEBEE AERIAL FITNESS; MONTANA PRIDE; THE WESTERN MONTANA COMMUNITY CENTER; THE GREAT FALLS LGBTQ+ CENTER; THE ROXY THEATER; and THE MYRNA LOY,<br><br>     *Plaintiffs*,<br><br>  vs.<br><br>AUSTIN KNUDSEN; ELSIE ARNTZEN; J.P. GALLAGHER; and THE CITY OF HELENA,<br><br>     *Defendants*. | Cause No. CV 23-50-BU-BMM<br><br>**Declaration of Rachel Corcoran** |

I, Rachel Corcoran, declare as follows:

1. I am over the age of eighteen years, am competent to testify as to the matters set forth herein, and I make this declaration based upon my personal knowledge and belief.

2. I am a resident of Billings, Montana.

3. I have been a licensed teacher in Montana since 2010. I taught in Billings Public Schools for over a decade and am currently an English Language Learners Instructional Coach for Billings Public Schools.

4. Prior to becoming an instructional coach, I regularly taught Special Education classes, specifically helping highschoolers learn to love reading.

5. I frequently used costumes and props in my classroom lessons, including dressing up as fictional characters from books to further engage my students in learning. My students also dressed up as fictional characters to help them engage with the books they read.

6. I continue to dress up to celebrate Red Ribbon Week, homecoming, and other schoolwide events. When I dress up along with my students, I am showing them that we are unified, and it builds a

relationship of respect and shared excitement for learning and reading.

7. I find this teaching strategy helpful for engaging with my students and fostering a successful and welcoming learning environment.

8. I dress up as fictional and historical characters without regard for the gender or sex of the person being portrayed.

9. House Bill 359 ("HB 359") appears to ban teachers from reading to or engaging in learning activities with students while dressed in a gendered costume at school.

10. If I read to or engage in other learning activities with students while dressed up in a gendered costume, it appears that I could face criminal, civil, and occupational penalties.

11. Though I am fearful of HB 359's penalties, I still plan to dress up to celebrate the success of my students, cultivate a sense of community, and further encourage learning in the classroom.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 17th day of July, 2023, in Billings, Montana.



Rachel Corcoran

3

*Declaration of Rachel Corcoran*