# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA; ADRIA JAWORT; RACHEL CORCORAN; MONTANA BOOK COMPANY; IMAGINE BREWING COMPANY, LLC d/b/a IMAGINE NATION BREWING COMPANY; BUMBLEBEE AERIAL FITNESS; THE WESTERN MONTANA COMMUNITY CENTER; MONTANA PRIDE; THE GREAT FALLS LGBTQ+ COMMUNITY CENTER; THE ROXY THEATER; and THE MYRNA LOY,<br><br>                            Plaintiffs,<br><br>vs.<br><br>AUSTIN KNUDSEN; ELSIE ARNTZEN; and J.P. GALLAGHER,<br><br>                            Defendants. | No. CV 23-50-BU-BMM<br><br>**SCHEDULING ORDER** |

The Court held a telephonic preliminary pretrial conference on this matter on November 29, 2023, at the Missouri River Federal Courthouse in Great Falls. Rylee Sommers-Flanagan and Niki Zupanic represented Plaintiffs. Thane Johnson represented Defendants Austin Knudsen and Elsie Arntzen. Cynthia L. Walker represented Defendant J.P. Gallagher.

Defendants Knudsen and Arntzen filed a notice of appeal to the United States Court of Appeals for the Ninth Circuit of the Court's preliminary injunction order on November 13, 2023. (Doc. 38.) In light of the appeal, and with the agreement of the parties, the Court will stay proceedings in this matter.

## ORDER

Accordingly, **IT IS ORDERED**:

1. All proceedings in this case are hereby STAYED until the appeal to the Ninth Circuit is resolved.

2. Parties shall inform the Court within ten days of the resolution of the appeal.

DATED this 29th of November, 2023.

Brian Morris, Chief District Judge
United States District Court