# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA
## TRANSCRIPT ORDER FORM
Use one form per court reporter
**Please read instructions on next page**

| | |
|---|---|
| 1. ATTORNEY NAME: Rylee Sommers-Flanagan | 2. PHONE NUMBER: 406-396-3373 | 3. EMAIL ADDRESS (for transcript delivery): rylee@uppersevenlaw.com |

4. MAILING ADDRESS (including law firm name, if applicable):
Upper Seven Law
P.O. Box 31
Helena, MT 59624

5. NAME & ROLE OF PARTY REPRESENTED: If not a party, use non-party request form.
All Plaintiffs

6. CASE NAME: Imperial Sovereign Court v. Knudsen

7. DISTRICT COURT CASE NUMBER: CV 23-50-BU-BMM

8. COURT REPORTER NAME: Use a separate form for each court reporter.
Kim Marchwick

9. COURT OF APPEALS CASE NUMBER (if applicable): 23-3581

10. THIS TRANSCRIPT ORDER IS FOR:
(●) APPEAL   ( ) NON-APPEAL   [ ] CJA   [ ] IN FORMA PAUPERIS (court order attached)

11. TRANSCRIPT REQUESTED: For each transcript requested, please specify the date of the proceeding, the proceeding or partial proceeding requested, the transcript format, and the delivery time. Financial arrangements must be made with the court reporter before transcript is prepared.

| DATE | PROCEEDING (If requesting a partial proceeding, specify portion (e.g., witness or time). | PAPER Full Size | PAPER A-Z Word Index | E-MAIL PDF | E-MAIL ASCII | E-MAIL A-Z Word Index | DELIVERY TIME |
|---|---|---|---|---|---|---|---|
| 07/26/2023 | Temporary Restraining Order Hearing | ☐ | ☐ | ✓ | ☐ | ☐ | Daily |
| | | ☐ | ☐ | ☐ | ☐ | ☐ | 30-day |
| | | ☐ | ☐ | ☐ | ☐ | ☐ | 30-day |
| | | ☐ | ☐ | ☐ | ☐ | ☐ | 30-day |
| | | ☐ | ☐ | ☐ | ☐ | ☐ | 30-day |
| | | ☐ | ☐ | ☐ | ☐ | ☐ | 30-day |
| | | ☐ | ☐ | ☐ | ☐ | ☐ | 30-day |

12. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

13. SIGNATURE: *(signed) Rylee S-F*

14. DATE: 01/30/23

**Please remember to flatten form before filing.**

[Reset Form]

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA**
**TRANSCRIPT ORDER FORM INSTRUCTIONS**

Parties may use this form to order transcripts of court proceedings taken before an official court reporter. Non-parties must submit a non-party request for transcripts available on the Court's website. All order forms must be filed in the case either by e-filing in CM/ECF or non-electronic submission to the Clerk of Court's office. Keep a copy for your records. Additional information about ordering transcripts is available on the Court's website.

**ITEM-BY-ITEM INSTRUCTION (ITEMS 1-14)**

**Items 1-4.** In fields 1, 2, 3 & 4, provide the attorney name and contact information. Be sure to provide a valid e-mail address if you want the transcript delivered via e-mail.

**Item 5.** Include both the name and role of the ordering party (i.e., "Defendant John Smith").

**Item 6.** Use the short name for the case name (i.e., "Smith v. Jones").

**Item 7.** Only one U.S. District Court case number may be listed per order form.

**Item 8.** Complete a separate form for each court reporter. To determine the name of the court reporter, refer to the Minute Entry from the proceeding on PACER or contact the Clerk of Court's office. If the hearing was digitally recorded, the minutes will refer to FTR Gold. Audio recordings and/or transcriptions of proceedings digitally recorded via FTR Gold may be ordered using the FTR Gold order form available on the court's website.

**Item 9.** If the transcript is for an appeal, indicate the case number in the court of appeals.

**Item 10.** Check appeal or non-appeal. If applicable, check CJA or IFP. A court order authorizing transcripts is required before transcripts may be ordered *in forma pauperis*.

**Item 11.**
- **Date:** For each transcript requested, list the proceeding date.
- **Proceeding:** For each transcript requested, indicate the type of proceeding, such as "motion hearing," "sentencing," or "trial." A portion of a proceeding may be ordered if the description is clearly written to facilitate processing. CJA counsel must receive special authorization for expedited transcripts, duplicate transcript requests in multi-defendant cases, and other requests covered by Section 14 of the CJA-24 voucher.
- **Format:** For each transcript requested, select the desired format. You may order as many different formats as you like, but there is an additional charge for each format ordered.
- **Delivery Time:** Seven delivery times are available: 30 days, 14 days, 7 days, 3 days, daily, hourly (2-hour), and Realtime. Times are computed from (1) the date on which satisfactory financial arrangement is made, except for transcripts to be paid for by the United States; (2) the date on which the approved CJA-24 form is received by the reporter; (3) the date on which the court order is provided to the reporter when a transcript has been ordered by a judicial officer; or (4) the date set by a scheduling order issued by the Ninth Circuit Court of Appeals. Please contact the court reporter directly to inquire about Realtime services.

Current transcript rates are available on the Court's website.

**Items 13 and 14.** Sign and date to certify that the information on the order form is correct. Transcripts will not be prepared until financial arrangements have been made.