Austin Knudsen
  *Montana Attorney General*
Michael Russell
Thane Johnson
Alwyn Lansing
Michael Noonan
  *Assistant Attorneys General*
MONTANA DEPARTMENT OF
JUSTICE
PO Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
Fax: (406) 444-3549
*michael.russell@mt.gov*
*thane.johnson@mt.gov*
*alwyn.lansing@mt.gov*
*michael.noonan@mt.gov*

Emily Jones
  Special *Assistant Attorney General*
JONES LAW FIRM, PLLC
115 N. Broadway, Suite 410
Billings, MT 59101
Phone: 406-384-7990
*emily@joneslawmt.com*

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, BUTTE DIVISION

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AUSTIN KNUDSEN; ELSIE ARNTZEN; J.P. GALLAGHER; AND THE CITY OF HELENA, <br><br> Defendants. | Cause No. 2:23-cv-00050-BMM <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |

Defendants respectfully notify the Court and the parties that Emily Jones, Special Assistant Attorney General, withdraws as counsel of record in this case. Michael Russell, Thane Johnson, Alwyn Lansing and Michael Noonan remain counsel of record for Defendants.

DATED this 31st day of December 2024.

Austin Knudsen
MONTANA ATTORNEY GENERAL

_Emily Jones_

Emily Jones
  *Special Assistant Attorney General*
JONES LAW FIRM, PLLC
115 N. Broadway, Suite 410
Billings, MT 59101

Michael Russell
Thane Johnson
Alwyn Lansing
Michael Noonan
  *Assistant Attorneys General*
MONTANA DEPARTMENT OF JUSTICE
PO Box 201401
Helena, MT 59620-1401

ATTORNEYS FOR DEFENDANTS

NOTICE OF WITHDRAWAL OF COUNSEL | 2