Rylee Sommers-Flanagan
  UPPER SEVEN LAW
  P.O. Box 31
  Helena, MT 59624
  (406) 306-0330
  rylee@uppersevenlaw.com

Constance Van Kley
  VAN KLEY LAW PLLC
  P.O. Box 451
  Missoula, MT 59806
  (605) 517-0673
  constance@vankleylaw.com

Niki Zupanic
  ZUPANIC LAW PLLC
  P.O. Box 1982
  Helena, MT 59624
  (406) 461-5178
  niki@zupaniclaw.com

*Attorneys for Plaintiffs*

Austin Knudsen
  *Montana Attorney General*
Michael D. Russell
Thane Johnson
Alwyn Lansing
Michael Noonan
  *Assistant Attorneys General*
MONTANA DEPARTMENT OF JUSTICE
  P.O. Box 201401
  Helena, MT 59620-1401
  (406) 444-2026
  michael.russell@mt.gov
  thane.johnson@mt.gov
  alwyn.lansing@mt.gov
  michael.noonan@mt.gov

*Attorneys for Defendants Austin Knudsen & Elsie Arntzen*

Cynthia L. Walker
Shelby K. Towe
  BOONE KARLBERG P.C.
  201 West Main, Suite 300
  P.O. Box 9199
  Missoula, MT 59807-9199
  (406) 543-6646
  cwalker@boonekarlberg.com
  stowe@boonekarlberg.com
*Attorneys for Defendant J.P. Gallagher*

**UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA; ADRIA JAWORT; RACHEL CORCORAN; THE MONTANA BOOK COMPANY; IMAGINE BREWING COMPANY, LLC d/b/a IMAGINE NATION BREWING COMPANY; BUMBLEBEE AERIAL FITNESS; THE WESTERN MONTANA COMMUNITY CENTER; MONTANA PRIDE; THE GREAT FALLS LGBTQ+ COMMUNITY CENTER; THE ROXY THEATER; and THE MYRNA LOY, <br><br> *Plaintiffs*, <br><br> vs. <br><br> AUSTIN KNUDSEN; ELSIE ARNTZEN; and J.P. GALLAGHER, <br><br> *Defendants.* | Cause No. CV-23-50-BU-BMM <br><br> Hon. Brian Morris <br><br> **Joint Notice of Ninth Circuit Decision** |

Pursuant to the Court's Order of November 29, 2023, Dkt. 58, the parties hereby provide notice that on March 13, 2026, the Ninth Circuit affirmed this Court's order preliminarily enjoining Defendants from instituting, maintaining, or prosecuting any enforcement proceedings under House Bill 359. The Ninth Circuit Opinion is attached as Exhibit 1.

The parties are in the process of conferring regarding next steps, including amending the scheduling order. Absent further order from this Court, the parties will provide a joint status update to the Court regarding scheduling by April 6, 2026.

DATED this 23rd day of March, 2026.

/s/ Rylee Sommers-Flanagan
Rylee Sommers-Flanagan
UPPER SEVEN LAW

Constance Van Kley
VAN KLEY LAW PLLC

Niki Zupanic
ZUPANIC LAW PLLC
*Attorneys for Plaintiffs*


/s/ Michael J. Noonan
Michael D. Russell
Thane Johnson
Alwyn Lansing
Michael J. Noonan
  *Assistant Attorneys General*
MONTANA DEPARTMENT OF JUSTICE
*Attorneys for Defendant Austin
Knudsen & Elsie Arntzen*


/s/ Cynthia L. Walker
Cynthia L. Walker
Shelby K. Towe
BOONE KARLBERG P.C.
*Attorneys for Defendant J.P.
Gallagher*