Rylee Sommers-Flanagan
UPPER SEVEN LAW
P.O. Box 31
Helena, MT 59624
(406) 306-0330
rylee@uppersevenlaw.com

Niki Zupanic
ZUPANIC LAW PLLC
P.O. Box 1982
Helena, MT 59624
(406) 461-5178
niki@zupaniclaw.com

Constance Van Kley
VAN KLEY LAW PLLC
P.O. Box 451
Missoula, MT 59806
(605) 517-0673
constance@vankleylaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA; ADRIA JAWORT; RACHEL CORCORAN; MONTANA BOOK COMPANY; IMAGINE BREWING COMPANY, LLC d/b/a IMAGINE NATION BREWING COMPANY; BUMBLEBEE AERIAL FITNESS; THE WESTERN MONTANA COMMUNITY CENTER; MONTANA PRIDE; THE GREAT FALLS LGBTQ+ COMMUNITY CENTER; THE ROXY THEATER; and THE MYRNA LOY, <br><br> *Plaintiffs*, <br><br> vs. <br><br> AUSTIN KNUDSEN; ELSIE ARNTZEN; and J.P. GALLAGHER, <br><br> *Defendants*. | Cause No. CV-23-50-BU-BMM <br><br> **Notice of Withdrawal of Counsel** |

Plaintiffs respectfully notify the Court and the parties that Niki Zupanic withdraws as counsel of record in this case. Rylee Sommers-Flanagan and Constance Van Kley remain counsel of record for Plaintiffs.

DATED this 30th day of March 2026.

Rylee Sommers-Flanagan
UPPER SEVEN LAW

Constance Van Kley
VAN KLEY LAW PLLC

/s/ *Niki Zupanic*
Niki Zupanic
ZUPANIC LAW PLLC

*Attorneys for Plaintiffs*