Rylee Sommers-Flanagan
Molly E. Danahy
  Upper Seven Law
  P.O. Box 31
  Helena, MT 59624
  (406) 998-6067
  rylee@uppersevenlaw.com
  molly@uppersevenlaw.com

*Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA
### BUTTE DIVISION

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA; ADRIA JAWORT; RACHEL CORCORAN; MONTANA BOOK COMPANY; IMAGINE BREWING COMPANY, LLC d/b/a IMAGINE NATION BREWING COMPANY; BUMBLEBEE AERIAL FITNESS; THE WESTERN MONTANA COMMUNITY CENTER; MONTANA PRIDE; THE GREAT FALLS LGBTQ+ COMMUNITY CENTER; THE ROXY THEATER; and THE MYRNA LOY, <br><br> *Plaintiffs,* <br><br> vs. <br><br> AUSTIN KNUDSEN; ELSIE ARNTZEN; J.P. GALLAGHER; and THE CITY OF HELENA, <br><br> *Defendants.* | Cause No. CV-23-50-BU-BMM <br><br> **NOTICE OF APPEARANCE** |

Notice is hereby given that the undersigned, Molly E. Danahy, appears on behalf of the Plaintiffs in the above-titled action.

Dated this 2nd day of April, 2026.

/s/ *Molly E. Danahy*
Molly E. Danahy
MT Bar No. 68806910

Upper Seven Law
P.O. Box 31
Helena, MT 59624
(406) 998-6067
molly@uppersevenlaw.com

*Attorney for Plaintiffs*

1

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all counsel of record via CM/ECF on the 2nd day of April, 2026.

Dated: April 2, 2026

*/s/ Molly E. Danahy*