UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 6 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA; et al., <br><br>    Plaintiffs - Appellees, <br><br>  v. <br><br> AUSTIN KNUDSEN and ELSIE ARNTZEN, <br><br>    Defendants - Appellants, <br><br> and <br><br> J.P. GALLAGHER and CITY OF HELENA, <br><br>    Defendants. | No. 23-3581 <br><br> D.C. No. 2:23-cv-00050-BMM <br><br> District of Montana, Butte <br><br> MANDATE |

The judgment of this Court, entered March 13, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellants in the amount of $92.70.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT