Rylee Sommers-Flanagan
Molly E. Danahy
  UPPER SEVEN LAW
  P.O. Box 31
  Helena, MT 59624
  (406) 998-6067
  rylee@uppersevenlaw.com
  molly@uppersevenlaw.com

Constance Van Kley
  VAN KLEY LAW PLLC
  P.O. Box 451
  Missoula, MT 59806
  (605) 517-0673
  constance@vankleylaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA; ADRIA JAWORT; RACHEL CORCORAN; THE MONTANA BOOK COMPANY; IMAGINE BREWING COMPANY, LLC d/b/a IMAGINE NATION BREWING COMPANY; BUMBLEBEE AERIAL FITNESS; THE WESTERN MONTANA COMMUNITY CENTER; MONTANA PRIDE; THE GREAT FALLS LGBTQ+ COMMUNITY CENTER; THE ROXY THEATER; and THE MYRNA LOY, <br><br> *Plaintiffs,* <br><br> vs. <br><br> AUSTIN KNUDSEN; ELSIE ARNTZEN; and J.P. GALLAGHER, <br><br> *Defendants.* | Cause No. CV-23-50-BU-BMM <br><br> Hon. Brian Morris <br><br> **Joint Status Update Counts I & II** |

The Parties to Counts I & II hereby notify the Court that they are currently engaged in discussions regarding potential resolution of Counts I & II.

Unless otherwise ordered by the Court, the Parties will provide an update on or before May 4, 2026, regarding the status of those discussions. Alternatively, if no resolution is reached, the Parties will propose a scheduling order addressing Counts I & II by that date.

DATED this 6th day of April, 2026.

_/s/ Rylee Sommers-Flanagan_
Rylee Sommers-Flanagan
Molly E. Danahy
UPPER SEVEN LAW

Constance Van Kley
VAN KLEY LAW PLLC

*Attorneys for Plaintiffs*


_____

Cynthia L. Walker
Shelby K. Towe
BOONE KARLBERG P.C.

*Attorneys for Defendant J.P. Gallagher*