Rylee Sommers-Flanagan
Molly E. Danahy
  UPPER SEVEN LAW
  P.O. Box 31
  Helena, MT 59624
  (406) 306-0330
  rylee@uppersevenlaw.com
  molly@uppersevenlaw.com

Constance Van Kley
  VAN KLEY LAW PLLC
  P.O. Box 451
  Missoula, MT 59806
  (605) 517-0673
  constance@vankleylaw.com


*Attorneys for Plaintiffs*

Austin Knudsen
  *Montana Attorney General*
Michael D. Russell
Thane Johnson
Alwyn Lansing
Michael Noonan
  *Assistant Attorneys General*
MONTANA DEPARTMENT OF JUSTICE
  P.O. Box 201401
  Helena, MT 59620-1401
  (406) 444-2026
  michael.russell@mt.gov
  thane.johnson@mt.gov
  alwyn.lansing@mt.gov
  michael.noonan@mt.gov

*Attorneys for Defendants Austin Knudsen & Elsie Arntzen*

## UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA; ADRIA JAWORT; RACHEL CORCORAN; THE MONTANA BOOK COMPANY; IMAGINE BREWING COMPANY, LLC d/b/a IMAGINE NATION BREWING COMPANY; BUMBLEBEE AERIAL FITNESS; THE WESTERN MONTANA COMMUNITY CENTER; MONTANA PRIDE; THE GREAT FALLS LGBTQ+ COMMUNITY CENTER; THE ROXY THEATER; and THE MYRNA LOY,<br><br>*Plaintiffs,*<br><br>vs.<br><br>AUSTIN KNUDSEN; ELSIE ARNTZEN; and J.P. GALLAGHER,<br><br>*Defendants.* | Cause No. CV-23-50-BU-BMM<br><br>Hon. Brian Morris<br><br><br>**Joint Notice Regarding Scheduling Order for Counts IV and V** |

The parties to Counts IV & V continue to confer regarding an amended scheduling order to resolve those claims. Absent further order from this Court, the parties will provide a joint status update regarding scheduling by April 16, 2026.

DATED this 6th day of April, 2026.

/s/ Molly E. Danahy
Molly E. Danahy
Rylee Sommers-Flanagan
UPPER SEVEN LAW

Constance Van Kley
VAN KLEY LAW PLLC

*Attorneys for Plaintiffs*

/s/ Michael J. Noonan

Michael D. Russell

Thane Johnson

Alwyn Lansing

Michael J. Noonan

  *Assistant Attorneys General*

MONTANA DEPARTMENT OF JUSTICE

*Attorneys for Defendant Austin Knudsen & Elsie Arntzen*