Austin Knudsen
  *Montana Attorney General*
Michael Russell
Thane Johnson
Alwyn Lansing
Michael Noonan
  *Assistant Attorneys General*
MONTANA DEPARTMENT OF
JUSTICE
PO Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
Fax: (406) 444-3549
*michael.russell@mt.gov*
*thane.johnson@mt.gov*
*alwyn.lansing@mt.gov*
*michael.noonan@mt.gov*

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA, ET AL., | Cause No. 2:23-cv-00050-BMM |
| Plaintiffs, | **NOTICE OF SUBSTITUTION OF PUBLIC OFFICER** |
| v. | |
| AUSTIN KNUDSEN; ELSIE ARNTZEN; and J.P. GALLAGHER, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 25(d), Defendant Susie Hedalen, in her official capacity as Montana Superintendent of Public Instruction, is automatically substituted for Elsie Arntzen, in her official capacity as Montana Superintendent of Public Instruction, in the above-captioned matter. Defendant Susie Hedalen succeeded Elsie Arntzen on January 6, 2025.

Defendants respectfully request that the Court amend the caption to reflect this automatic substitution of public officer.

DATED this 16th day of April 2026.

Austin Knudsen
MONTANA ATTORNEY GENERAL

*/s/ Michael Noonan*
Michael Noonan
Michael Russell
Thane Johnson
Alwyn Lansing
  *Assistant Attorneys General*
MONTANA DEPARTMENT OF JUSTICE
PO Box 201401
Helena, MT 59620-1401

ATTORNEYS FOR DEFENDANTS

# CERTIFICATE OF SERVICE

I certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

Dated: <u>April 16, 2026</u>          <u>/s/ *Michael Noonan*</u>
                                                  Michael Noonan