Austin Knudsen
  *Montana Attorney General*
Michael Russell
Thane Johnson
Alwyn Lansing
Michael Noonan
  *Assistant Attorneys General*
MONTANA DEPARTMENT OF
JUSTICE
PO Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
Fax: (406) 444-3549
*michael.russell@mt.gov*
*thane.johnson@mt.gov*
*alwyn.lansing@mt.gov*
*michael.noonan@mt.gov*

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, BUTTE DIVISION

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA, ET AL., | Cause No. 2:23-cv-00050-BMM |
| Plaintiffs, | **JOINT PROPOSED AMENDED PRE-TRIAL SCHEDULE AS TO COUNTS IV & V** |
| v. | |
| AUSTIN KNUDSEN; SUSIE HEDALEN; AND J.P. GALLAGHER, | |
| Defendants. | |

In light of the Ninth Circuit's recent decision affirming this Court's preliminary injunction, *see* Dkt. 61, the Parties to Counts IV & V hereby jointly submit the following proposed amended pre-trial schedule:

**(A) Initial Disclosures**

The Parties will serve their initial disclosures no later than **April 27, 2026.** The form of the disclosures shall comply with Federal Rules of Civil Procedure 26(a)(1).

**(B)   Experts**

Disclosure of Experts:                        **June 18, 2026**

Disclosure of Rebuttal Experts:         **July 20, 2026**

**(C)   Discovery**

The Parties agree to conduct discovery in a manner designed to secure the just, speedy, and inexpensive resolution of this action, and in proportion to the needs of the case. Fed. R. Civ. P. 1, 26(b)(1).

1. <u>Subjects of Discovery</u>: The Parties may conduct discovery within the scope of Federal Rules of Civil Procedure 26 and the issues presented by the Parties' pleadings.

2. <u>Discovery Deadline</u>: Discovery shall close on **September 14, 2026.**

3. <u>Phases of Discovery</u>: The Parties do not believe discovery should be conducted in phases.

**(D)  Electronically Stored Information**

The Parties do not anticipate any unusual issues concerning the preservation or production of electronically stored information ("ESI") from the Parties.

**(E)  Claims of Privilege & Limitations on Discovery**

The Parties are not aware of any issues regarding claims of privilege or work product. The Parties do not request any changes to the rules governing discovery under the Federal Rules of Civil Procedure or the Court's Local Rules.

**(F)  Any Other Orders that the Court Should Issue**

The Parties do not anticipate the need for any other orders under Rule 16(b) or Rule 26(c).

**(G)  Additional Deadlines**

The Parties propose the following deadlines for this case:

Amendment of pleadings and
joinder of parties: **May 1, 2026**

All pretrial motions, other than
discovery motions, shall be filed
on or before: **October 19, 2026**

Attorney conference to discuss
preparation of final pretrial order
on or before: **28 days prior to the final pretrial conference**

File proposed final pretrial order: **14 days prior to the final pretrial conference**

Trial briefs: Proposed Findings of
Fact & Conclusions of Law; Notice
to Court Reporter of Intent to Use
Real-Time; and Notice to I.T. of
Intent to Use Electronic Exhibits
or Videoconferencing on or before: **7 days prior to trial**

The Parties do not request a pretrial conference other than the final pretrial conference specified in Local Rule 16.1. The Parties agree that the final pretrial conference may be scheduled immediately before trial. This case does not require early judicial intervention due to complexity or other factors.

The Parties consent to this Joint Pre-trial Schedule and consent to it being filed electronically by State Defendants' counsel pursuant to Local Rule 11.2(a).

DATED this 16th day of April 2026.

Austin Knudsen
MONTANA ATTORNEY GENERAL

*/s/ Michael Noonan*
Michael Noonan
Michael Russell
Thane Johnson
Alwyn Lansing
 *Assistant Attorneys General*
MONTANA DEPARTMENT OF JUSTICE
PO Box 201401
Helena, MT 59620-1401

*Attorneys For State Defendants*


*/s/Molly E. Danahy*
Molly E. Danahy
Rylee Sommers-Flanagan
UPPER SEVEN LAW

Constance Van Kley
VAN KLEY LAW PLLC

*Attorneys for Plaintiffs*