OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
for the District of Montana

Tyler P. Gilman
Clerk of Court



Julie Hollenbeck
Chief Deputy

April 27, 2026

In Re:   Discovery

Document:   Initial Disclosures
Document No.:   71
Date Filed:   April 27, 2026

Case No.:   CV-23-50-BU-BMM

Dear Michael Noonan:

Pursuant to the Local Rules for the District of Montana, initial disclosures under Fed. R. Civ. P. 26(a)(1)(A), depositions, interrogatories, requests for documents, requests for admissions, answers, responses, and objections, expert disclosures, expert reports, notices of deposition, notices of service of subpoena, and certificates or notices indicating service of discovery documents on opposing parties are not routinely filed.

Accordingly, the above document has been sealed and will not be considered as part of the record.

Please do not hesitate to contact me if you have any questions regarding this notice.

Sincerely,


/s/ Athena Cobb
Case Manager
Telephone:   406-727-1922
Email:        athena_cobb@mtd.uscourts.gov
Website:     www.mtd.uscourts.gov