Rylee Sommers-Flanagan
Molly E. Danahy
UPPER SEVEN LAW
P.O. Box 31
Helena, MT 59624
(406) 998-6067
rylee@uppersevenlaw.com
molly@uppersevenlaw.com

Constance Van Kley
VAN KLEY LAW PLLC
P.O. Box 451
Missoula, MT 59806
(605) 517-0673
constance@vankleylaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA; ADRIA JAWORT; RACHEL CORCORAN; THE MONTANA BOOK COMPANY; IMAGINE BREWING COMPANY, LLC d/b/a IMAGINE NATION BREWING COMPANY; BUMBLEBEE AERIAL FITNESS; THE WESTERN MONTANA COMMUNITY CENTER; MONTANA PRIDE; THE GREAT FALLS LGBTQ+ COMMUNITY CENTER; THE ROXY THEATER; and THE MYRNA LOY,<br>*Plaintiffs*,<br>vs.<br>AUSTIN KNUDSEN; SUSIE HEDALEN; and J.P. GALLAGHER,<br>*Defendants.* | Cause No. CV-23-50-BU-BMM<br><br>Hon. Brian Morris<br><br>**Joint Status Update Counts I & II** |

The Parties to Counts I & II hereby notify the Court that they continue to engage in discussions regarding potential resolution of Counts I & II.

Unless otherwise ordered by the Court, the Parties will provide an update on or before June 3, 2026, regarding the status of those discussions. Alternatively, if no resolution is reached, the Parties will propose a scheduling order addressing Counts I & II by that date.

DATED this 4th day of May, 2026.

*<u>/s/ Molly E. Danahy</u>*
Rylee Sommers-Flanagan
Molly E. Danahy
UPPER SEVEN LAW

Constance Van Kley
VAN KLEY LAW PLLC

*Attorneys for Plaintiffs*

*<u>/s/ Shelby K. Towe</u>*
Cynthia L. Walker
Shelby K. Towe
BOONE KARLBERG P.C.

*Attorneys for Defendant J.P. Gallagher*