Rylee Sommers-Flanagan
Molly E. Danahy
Upper Seven Law
P.O. Box 31
Helena, MT 59624
(406) 998-6067
rylee@uppersevenlaw.com
molly@uppersevenlaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA; ADRIA JAWORT; RACHEL CORCORAN; MONTANA BOOK COMPANY; IMAGINE BREWING COMPANY, LLC d/b/a IMAGINE NATION BREWING COMPANY; BUMBLEBEE AERIAL FITNESS; THE WESTERN MONTANA COMMUNITY CENTER; MONTANA PRIDE; THE GREAT FALLS LGBTQ+ COMMUNITY CENTER; THE ROXY THEATER; and THE MYRNA LOY,<br><br>*Plaintiffs*,<br><br>vs.<br><br>AUSTIN KNUDSEN; SUSIE HEDALEN; J.P. GALLAGHER; and THE CITY OF HELENA,<br><br>*Defendants*. | Cause No.<br>CV-23-50-BU-BMM<br><br>**NOTICE OF APPEARANCE** |

Notice is hereby given that the undersigned, Caitlin Cocilova, appears on behalf of the Plaintiffs in the above-titled action.

Dated this 18th day of June, 2026.

/s/ *Caitlin M. Cocilova*
Caitlin M. Cocilova
MT Bar No. 14743

Upper Seven Law
P.O. Box 31
Helena, MT 59624
(406) 998-6067
caitlin@uppersevenlaw.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all counsel of record via CM/ECF on the 18th day of June, 2026.

Dated: June 18, 2026

*/s/ Caitlin M. Cocilova*