Austin Knudsen
*Montana Attorney General*
Michael Russell
Thane Johnson
Alwyn Lansing
Michael Noonan
*Assistant Attorneys General*
MONTANA DEPARTMENT OF JUSTICE
PO Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
Fax: (406) 444-3549
Michael.Russell@mt.gov
Thane.Johnson@mt.gov
Alwyn.Lansing@mt.gov
Michael.Noonan@mt.gov

*Attorneys for Austin Knudsen and Susie Hedalen*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, BUTTE DIVISION

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA; ADRIA JAWORT; RACHEL CORCORAN; MONTANA BOOK COMPANY; IMAGINE BREWING COMPANY, LLC d/b/a IMAGINE NATION BREWING COMPANY; BUMBLEBEE AERIAL FITNESS; THE WESTERN MONTANA COMMUNITY CENTER; THE GREAT FALLS LGBTQ+ CENTER; THE MYRNA LOY; MONTANA PRIDE; and THE ROXY THEATER,<br><br>Plaintiffs,<br><br>v.<br><br>AUSTIN KNUDSEN; SUSIE HEDALEN; and J.P. GALLAGHER,<br><br>Defendants. | Cause No. 2:23-cv-50-BMM<br><br>**AUSTIN KNUDSEN AND SUSIE HEDALEN'S NOTICE OF SERVICE OF EXPERT REPORT** |

PLEASE TAKE NOTICE that on June 18, 2026, the Expert Report of Geeta Nangia, M.D., was served on counsel of record for Plaintiffs and Defendant J.P. Gallagher by email.

DATED this 19th day of June 2026.

Austin Knudsen
*Montana Attorney General*

/s/ Michael Noonan
Michael Noonan
Michael Russell
Thane Johnson
Alwyn Lansing
*Assistant Attorneys General*
MONTANA DEPARTMENT OF JUSTICE
PO Box 201401
Helena, MT 59620-1401

*Attorneys for Austin Knudsen and Susie Hedalen*

## Certificate of Service

I certify that on June 19, 2026, I served an accurate copy of the foregoing document electronically on registered counsel through the Court's CM/ECF system.

Dated: June 19, 2026

*_/s/ Michael Noonan_*
Michael Noonan