Rylee Sommers-Flanagan
Molly E. Danahy
Caitlin M. Cocilova
  UPPER SEVEN LAW
  P.O. Box 31
  Helena, MT 59624
  (406) 998-6067
  rylee@uppersevenlaw.com
  molly@uppersevenlaw.com
  caitlin@uppersevenlaw.com

Constance Van Kley
  VAN KLEY LAW PLLC
  P.O. Box 451
  Missoula, MT 59806
  (605) 517-0673
  constance@vankleylaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA, et al., <br><br> *Plaintiffs*, <br><br> vs. <br><br> AUSTIN KNUDSEN; SUSIE HEDALEN; and J.P. GALLAGHER, <br><br> *Defendants*. | Cause No. CV-23-50-BU-BMM <br><br> Hon. Brian Morris <br><br> **Plaintiffs' Renewed Motion for Summary Judgment on Counts IV & V** |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiffs[1] respectfully renew their motion for summary judgment against Defendants Austin Knudsen and Susie Hedalen on Counts IV and V of the First Amended Complaint.

Plaintiffs contacted opposing counsel in preparation for filing. Defendants Knudsen and Hedalen oppose this motion. Plaintiffs did not hear back from Defendant J.P. Gallagher prior to filing, but Defendant J.P. Gallagher took no position on Plaintiffs' prior motion for summary judgment on Counts IV and V.

Respectfully submitted this 24th day of July, 2026.

/s/ *Molly E. Danahy*
Rylee Sommers-Flanagan
Molly E. Danahy
Caitlin M. Cocilova
UPPER SEVEN LAW

Constance Van Kley
VAN KLEY LAW PLLC

*Attorneys for Plaintiffs*

---

[1] Plaintiffs The Imperial Sovereign Court of the State of Montana, Adria Jawort, Rachel Corcoran, the Montana Book Company, The Western Montana LGBTQ+ Community Center, Montana Pride, the Great Falls LGBTQ+ Community Center, the Roxy Theater, and The Myrna Loy bring this motion. The parties have agreed, and Plaintiffs intend, to voluntarily dismiss Bumblebee Aerial Fitness and Imagine Nation Brewing from this action. The agreed motion to voluntarily dismiss is forthcoming.

*Plaintiffs' Renewed Motion for Summary Judgment*                    2