Rylee Sommers-Flanagan
Molly E. Danahy
Caitlin M. Cocilova
UPPER SEVEN LAW
P.O. Box 31
Helena, MT 59624
(406) 998-6067
rylee@uppersevenlaw.com
molly@uppersevenlaw.com
caitlin@uppersevenlaw.com

Constance Van Kley
VAN KLEY LAW PLLC
P.O. Box 451
Missoula, MT 59806
(605) 517-0673
constance@vankleylaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA, et al.,<br><br>*Plaintiffs*,<br><br>vs.<br><br>AUSTIN KNUDSEN; SUSIE HEDALEN; and J.P. GALLAGHER,<br><br>*Defendants*. | Cause No. 2:23-cv-50-BMM<br><br>Hon. Brian Morris<br><br>**Statement of Undisputed Facts in Support of Plaintiffs' Renewed Motion for Summary Judgment on Counts IV & V** |

## I. Legislative History

1. Representative Braxton Mitchell introduced House Bill 359 on January 28, 2023.[1] Ex. 1, HB 359, Version 1 (introduced Jan. 28, 2023) ("HB 359 Version 1").[2]

2. Initially, HB 359 sought to prevent minors from viewing drag performances in "nightclub[s], bar[s], restaurant[s], or similar commercial enterprise[s]," or "publicly funded" libraries and schools. This original version of HB 359 did not limit its scope to "obscene" performances. *Id.* at 1–2.

3. At a Senate Judiciary hearing[3] on April 4, 2023, Representative Mitchell expressed his understanding of the necessity for HB 359: "We already prohibit children from . . . viewing obscene material,

---

[1] "Legislative history is properly a subject of judicial notice." *Anderson v. Holder*, 673 F.3d 1089, 1093–94 n.1 (9th Cir. 2012).

[2] *Available at* https://docs.legmt.gov/download-ticket?ticketId=f63d42fa-0ef4-46f9-8bf9-16b85dce7085.

[3] The links to the 2023 Legislative hearings were accurate as of the filing of Plaintiffs' Motion for Summary Judgment in November 2023. Plaintiffs' counsel contacted the Montana Legislature on July 21, 2026, seeking access to updated links. On July 22, 2026, the Office of Legislative Information Services ("OLIS") IT Support confirmed the video files are currently unavailable due to the Montana Legislature moving to a new system. OLIS offered to send the files to Plaintiffs' counsel once they become available. Plaintiffs' counsel will notify the Court upon receipt of any updated links.

viewing pornography, going to strip clubs . . . This is not any type of First Amendment violation, and it's time we add drag shows to that list." Mont. Leg., S. Judiciary Comm. Hrg. at 8:55:10–8:55:27 (Apr. 4, 2023).[4]

4. Representative Mitchell also made the following statements before the Senate Judiciary Committee:

> Nationwide . . . drag queens are entering schools, half-naked, and reading to children. The Democrat Attorney General in Michigan has called for a drag queen in every school in America to 'help children when they're having emotional issues.' Well, I think that's what counselors are for, not hypersexualized drag queens. There's clearly a sick agenda being pushed here.

*Id.* at 8:54:46–8:55:06.

5. Proponent of the bill Jeff Laszloffy echoed Mitchell's sentiments, stating, "there are no little kids out there begging to be told a story by a drag queen. But suddenly, for some strange reason, drag queens are begging to tell stories to little kids." *Id.* at 8:56:22–8:56:34.

6. Citizen proponent Jessie Browning added, "Drag queens have been inserting themselves in areas children frequent, such as libraries and schools," and stated that exposure to drag queens during childhood

[4] *Available at* http://sg001-harmony.sliq.net/00309/Harmony/en/PowerBrowser/PowerBrowserV2/20170221/-1/47987?agendaId=269135.

can lead to "depression, eating disorders, anxiety, . . . sexual acts at an earlier age, . . . intimacy issues, or sex addictions." *Id.* at 9:01:45–9:02:29.

7. Another proponent, Kathy Butterfield, stated, "parents who support bringing their minors to [drag shows] are just as liable as the performers and should be held accountable. . . . Adults that support subjecting their minors to these shows are fulfilling their own dreams and affecting minors in a very, very negative and profound way for life." *Id.* at 9:03:28–9:03:50.

8. But not a single proponent who testified in support of HB 359 at the April 4, 2023, Senate Judiciary Committee hearing cited any evidence of inappropriately sexual events occurring in Montana. *See generally id.* at 8:55:45–9:04:14.

9. In his closing remarks at the April 4, 2023, Senate Judiciary hearing, Representative Mitchell further explained his reasoning for sponsoring the bill:

> Due to the mature themes surrounding drag shows and the exposure to inappropriate activities, children may adopt and accept certain stereotypes or attitudes that could lead to social, psychological, linguistic difficulties. Children may also create an inadequate understanding of gender roles and experiences, which is damaging to their long-term social and emotional development.

*Id.* at 11:10:05–11:10:20.

10. Legislators amended HB 359 several times throughout the legislative process.

11. A third amended version sought to limit HB 359's scope to "obscene" performances, as already defined in Montana law. Ex. 2, HB 359, Version 3 (Apr. 14, 2023) ("HB 359 Version 3").[5]

12. The definition of "obscene" incorporated by the third amended version of HB 359 uses the three prongs of the *Miller* test. *See id.*; *see also* Mont. Code Ann. § 45-8-201; *Miller v. California*, 413 U.S. 15 (1973).

13. Senator Chris Friedel, a co-sponsor of HB 359, proposed a fourth amended version on April 17, 2023. Mont. Leg., S. Fl. Sess. at 18:11:13–18:11:20 (Apr. 17, 2023).[6]

14. Senator Friedel's amendments removed all references to "drag" and instead focused on "adult-oriented" performances and

[5] *Available at* https://docs.legmt.gov/download-ticket?ticketId=28ccc092-65b9-4bc8-b6a6-a186d85fdc1c.

[6] *Available at* http://sg001-harmony.sliq.net/00309/Harmony/en/PowerBrowser/PowerBrowserV2/20170221/-1/46256?agendaId=273842.

businesses. Ex. 3, HB 359, 2nd Reading Amend. (adopted Apr. 17, 2023) ("HB 359 Amend.").[7]

15. Specifically, the fourth version of HB 359 prohibited "adult-oriented business[es]" from allowing minors "to enter the premises . . . during an adult-oriented performance" and imposed restrictions on "adult-oriented performance[s]" in state-funded schools and libraries and on public property. *Id.*

16. While defending his amendment on the Senate floor, Senator Friedel explained that, although he supports the intent of HB 359, he "had heartburn over [the] bill, and [he] talked to a lot of attorneys" about it. Mont. Leg., S. Fl. Sess. at 18:11:37–18:11:42 (Apr. 17, 2023).

17. Senator Friedel also stated, "I can tell you right now, if that bill goes as [it was written], even the most conservative judge will strike it down for unconstitutionality." *Id.* at 18:11:50–18:11:59.

18. Senator Friedel argued that his amendment to HB 359 would ensure that the Montana Attorney General could defend the bill in court. *Id.* at 18:12:00–18:12:12.

---

[7] Available at https://docs.legmt.gov/download-ticket?ticketId=f1356e47-78dc-4ba9-8e1a-0f9467246d05.

19. Other bill proponents were unpersuaded.

20. Senator Karl Glimm characterized Senator Friedel's amendment as "not friendly," arguing that it "completely derails the intent of the legislation" and "allows all these [drag performances] under art, so it completely guts the bill." *Id.* at 18:12:18–18:12:50.

21. Senator Brad Molnar similarly opposed the amendment, explaining that the bill originally had been motivated by public outrage over "drag queen story hour[s]" at ZooMontana, a private business, and at "the library" (which was not further identified). *Id.* at 18:13:18–18:13:27. He argued that Senator Friedel's amendment did not adequately prohibit such activities:

> I don't know that a story hour for children, though performed by people in full drag, would actually be covered by this bill if it were amended in this form. In the first place I'm not sure with a six-year-old if there is a prurient interest, and I'm positive that reading to children, even in drag, would not be considered an adult-oriented performance.

*Id.* at 18:13:38–18:14:10.

22. After Senator Friedel's amendments passed, Representative Mitchell moved to send the bill to a free conference committee. Mont. Leg., H. Fl. Sess. at 16:54:45–16:55:25 (Apr. 24, 2023).[8]

23. During the free conference committee hearing on HB 359, Senator Friedel testified that he introduced the "drag story hour" amendments based on his belief that "we need to keep things like sexual orientation out of schools and out of libraries." Mont. Leg., Free Conference Comm. Hrg. at 12:11:05–12:11:10 (Apr. 26, 2023).[9]

24. During the free conference committee hearing on HB 359, Representative Mitchell introduced amendments that would become the fifth and final version of HB 359. Mont. Leg., Free Conference Comm. Hrg. on HB 359 (Apr. 26, 2023);[10] Ex. 4, HB 359 (enrolled May 9, 2023) ("HB 359").[11]

---

[8] *Available at* http://sg001-harmony.sliq.net/00309/Harmony/en/PowerBrowser/PowerBrowserV2/20170221/-1/49742?agendaId=276646.

[9] *Available at* https://sg001-harmony.sliq.net/00309/Harmony/en/PowerBrowser/PowerBrowserV2/20230426/-1/49764#handoutFile_.

[10] *Available at* http://laws.leg.mt.gov/legprd/LAW0240W$CMTE.ActionQuery?P_SESS=20231&P_COM_NM=Free+Conference+Committee+on+HB+359&P_ACTN_DTM=04/26/2023&U_ACTN_DTM=04/26/2023&Z_ACTION2=Fin

25. Representative Mitchell's fifth version of the bill reintroduced the restrictions on "drag" that Senator Friedel's amendment had removed. *Compare* HB 359, *with* HB 359 Amend. In Representative Mitchell's words, "The reason we have to specifically . . . say that we're prohibiting story hours is because all they do is call it art. That's how they get around it." Mont. Leg., Free Conference Comm. Hrg. at 12:29:10□12:29:17 (Apr. 26, 2023).

26. Neither Senator Friedel's fourth set of amendments to HB 359 nor Representative Mitchell's fifth and final version of HB 359 incorporate the *Miller* test. *See* HB 359 Amend.; HB 359; Mont. Code Ann. § 45-8-201; *cf. Miller v. California*, 413 U.S. 15 (1973).

27. In its final form, HB 359 prohibits a wider range of conduct than covered by preexisting Montana obscenity law in Section 45-8-201 of the Montana Code. *See* HB 359; § 45-8-201, MCA.

28. On a subsequent House floor session, Representative Mitchell explained the free conference committee's amendments: "The reason [we specifically prohibit 'drag' story hour in the bill] is because all they have

---

d.

[11] *Available at* https://docs.legmt.gov/download-ticket?ticketId=e295c90d-af08-491d-98a2-b88e1d000558.

to do is call it 'art' story hour, and they get away with it." Mont. Leg., H. Fl. Sess. at 14:22:00–14:22:16 (May 1, 2023).[12]

29. HB 359 went into effect on May 22, 2023. HB 359 § 7.

## II. HB 359

30. HB 359 targets two related yet distinct modes of expressive conduct. *See* HB 359 §§ 2–3.

31. First, HB 359 prohibits the holding of a "drag story hour" in "[a] school or library that receives any form of funding from the state . . . during regular operating hours or at any school-sanctioned extracurricular activity." *Id.* § 3(2).

32. HB 359 defines a "drag story hour" as "an event hosted by a drag queen or drag king who reads children's books and engages in other learning activities with minor children present." *Id.* § 1(3).

33. HB 359 does not define "other learning activities." *See id.* § 1.

34. HB 359 defines "drag king" and "drag queen" as "a male or female performer who adopts a flamboyant or parodic [male or feminine] persona with glamorous or exaggerated costumes and makeup." *Id.*

---

[12] *Available at* http://sg001-harmony.sliq.net/00309/Harmony/en/PowerBrowser/PowerBrowserV2/20170221/-1/46179?agendaId=278282.

§ 1(1), (2).

35. HB 359 does not define "flamboyant," "parodic," "glamorous," "exaggerated," "costumes," or "makeup." *See id.* § 1.

36. A person who violates the drag story hour restriction faces criminal penalties. Upon conviction, "[a] library, a school, or library or school personnel, [or] a public employee" "shall be fined $5,000." *Id.* § 3(4).

37. If the person who violates the drag story hour restriction is a schoolteacher, administrator, or specialist, "proceedings must be initiated to suspend the . . . certificate of the offender under [Montana Code Annotated §] 20-4-110." *Id.* Upon a second or subsequent conviction, "proceedings must be initiated to permanently revoke the teacher, administrator, or specialist certificate of the offender." *Id.*

38. Any person involved in organizing or conducting a drag story hour—"a person who knowingly promotes, conducts, or participates as a performer"—is subject to civil liability. *Id.* § 4(1).

39. Any minor who attends a drag story hour—even with a guardian's consent—may sue within ten years. *Id.* § 4(3). Plaintiffs who prevail in enforcing HB 359 are guaranteed statutory damages of $5,000

and attorney's fees and costs. They are also entitled to "actual damages, including damages for psychological, emotional, economic, and physical harm." *Id.* § 4(2).

40. The citizen-suit provision is not limited to drag story hours occurring after HB 359's effective date. *Id.* § 4.

41. Second, HB 359 prohibits certain "sexually oriented performances." *Id.* § 3(3).

42. HB 359 defines "sexually oriented performance" as "a performance that, regardless of whether performed for consideration, is intended to appeal to a prurient interest in sex and features:

> (a) the purposeful exposure, whether complete or partial, of:
> (i) a human genital, the pubic region, the human buttocks, or a female breast, if the breast is exposed below a point immediately above the top of the areola; or
> (ii) prosthetic genitalia, breasts, or buttocks;
> (b) stripping; or
> (c) sexual conduct."

*Id.* § 1(10).

43. HB 359 defines "sexually oriented" as "any simulation of sexual activity, stripping, salacious dancing, any lewd or lascivious depiction or description of human genitals or of sexual conduct as defined

in [Montana Code Annotated §] 45-5-625." HB 359 § 1(8). This cross-reference provides HB 359's only definition of "sexual conduct."

44. There is no clear indication that the meaning of "sexual conduct" within the separate definition of "sexually oriented performance" is similarly constrained by cross-reference to Section 45-5-625 of the Montana Code. *See* HB 359.

45. "Stripping" is not limited to performances involving nudity or semi-nudity; it is defined as the "removal or simulated removal of clothing in a sexual manner for . . . entertainment." *Id.* § 1(11).

46. HB 359 does not define "sexual manner." *See id.* § 1.

47. HB 359 does not limit the prohibition on "sexually oriented performances" to live performances. *See id.* § 1.

48. HB 359 does not define "performance." *See id.*

49. "Sexually oriented performances" are prohibited in schools and libraries that receive any state funding, *id.* § 3(1), (2); "on public property in any location where the performance is in the presence of an individual under the age of 18," *id.* § 3(3)(a); and "in a location owned by an entity that receives any form of funding from the state," even if minors are not present, *id.* § 3(3)(b).

50. Schools and libraries that receive "any form of funding from the state" may not allow sexually oriented performances "during regular operating hours or at any school-sanctioned extracurricular activity." *Id.* § 3(2).

51. "Sexually oriented performances" are restricted in "sexually oriented businesses" to adult-only audiences. *Id.* § 2(1).

52. A "[s]exually oriented business" is defined as "a nightclub, bar, restaurant, or similar commercial enterprise that:

> (a) provides for an audience of two or more individuals:
> (i) live nude entertainment or live nude performances; or
> (ii) a sexually oriented performance; and
> (b) authorizes on-premises consumption of alcoholic beverages."

*Id.* § 1(9).

53. Violators of the provisions governing "sexually oriented performances" face various criminal and civil penalties. *Id.* §§ 2–4.

54. Business owners, operators, managers, and employees of "sexually oriented businesses" are subject to mandatory criminal fines ranging from $1,000 to $10,000 and the loss of the business's license. *Id.* § 2(2). Upon conviction, "[a] library, a school, or library or school

personnel, a public employee, [an entity that receives state funds], or an employee of the entity" "shall be fined $5,000," and "proceedings must be initiated to suspend" or "permanently revoke" convicted personnel or employees. *Id.* § 3(4).

55. Civil liability also applies to anyone who "knowingly promotes, conducts, or participates as a performer" in a "sexually oriented performance." *Id.* § 4(1). Any minor who attends a "sexually oriented performance"—even with a guardian's consent—may sue within ten years. *Id.* § 4(3). Plaintiffs are guaranteed statutory damages of $5,000 and attorney's fees and costs. Plaintiffs are also entitled to "actual damages, including damages for psychological, emotional, economic, and physical harm." *Id.* § 4(2).

**III. Plaintiffs**

56. Adria Jawort is a transgender woman, member of the Northern Cheyenne Tribe, and part of the Two-spirit community. Decl. of Adria Jawort ¶¶ 2, 3 ("Jawort Decl.").

57. On June 2, 2023, Adria was scheduled to give a lecture on Indigenous and transgender history at the Butte Public Library. *Id.* ¶ 6.

58. The day before the lecture, a librarian at the Butte Public

Library informed Adria that her lecture was cancelled. *Id.* ¶ 7.

59. J.P. Gallagher, the chief executive of the City-County of Butte-Silver Bow, Montana, determined that, after the passage of HB 359, "it is too much of a legal risk to have a transgendered person in the library." *Id.* ¶¶ 7–8.

60. After Adria's event was cancelled, the City and County of Butte-Silver Bow posted the following message on its Facebook page:

> In accordance with Governor Gianforte signing HB359 into law, our county cannot allow an event where a drag king or queen reads children's books and engages in other learning activities with minor children present. Due to this law, we have had to cancel the speaker at the Butte-Silver Bow Library that was scheduled for Friday.

*Id.* ¶ 8.

61. For her lectures, Adria does not dress in "drag." Nor does she identify as a "drag queen" or "drag king." *Id.* ¶ 10.

62. Rachel Corcoran is a licensed teacher in Montana. Decl. of Rachel Corcoran ¶ 3 ("Corcoran Decl.").

63. Rachel dresses as fictional and historical characters, without regard for the gender or sex of the person being portrayed. *Id.* ¶ 8.

64. Rachel fears that continuing to dress in gendered costumes puts her in violation of HB 359's criminal, civil, and occupational penalties, yet she plans to continue this practice. *Id.* ¶¶ 10–11.

65. The Imperial Sovereign Court of the State of Montana ("the Imperial Court") is a Montana nonprofit organization that produces community-based drag performances that explore multiple gender expressions in a safe, educational, and entertaining atmosphere. Decl. of Raymi Samson ¶¶ 3, 7 ("Samson Decl.").

66. The Imperial Court's mission is "to educate and advocate for LGBTQ+ individuals and allies through the production of community-based drag performances that explore multiple gender expressions in an entertaining and educational atmosphere and create a safe and welcoming environment." *Id.* ¶ 7.

67. The Imperial Court puts on a variety of age-appropriate drag performances and takes steps to ensure that minors do not attend adult-only performances. *Id.* ¶ 12.

68. At all-ages performances, the Imperial Court limits their repertoire to age-appropriate lip syncing and costumes. *Id.* ¶¶ 13–14.

69. All Imperial Court performances include "flamboyant" and/or

"exaggerated" costumes and makeup as contemplated by HB 359. *Id.* ¶ 15.

70. Imperial Court drag shows may include "sexually oriented performance[s]," as defined by HB 359. *Id.*

71. Since the passage of HB 359, the Imperial Court has had multiple shows cancelled, postponed, or modified. *Id.* ¶ 18.

72. A show at the Museum of the Rockies originally scheduled for August 26, 2023, was repeatedly rescheduled and never occurred. *Id.* ¶ 19.

73. The Imperial Court had a drag story hour event scheduled for June 22, 2023, at ZooMontana in Billings, Montana, but it never occurred. *Id.* ¶ 20.

74. For scheduled performances at Red Lodge Pride on June 2 and 3, 2023, the Imperial Court hired police officers for the performers' safety, restricted all-ages performances, and modified the performers' costumes because of concern of HB 359's penalties. *Id.* ¶ 21.

75. At Missoula Pride on June 17, 2023, event organizers chose not to advertise the Imperial Court's drag story hour and modified elements of its all-ages show because of concern of HB 359's penalties.

*Id.* ¶ 22.

76. At Billings Pride, held from June 22 to June 24, 2023, event organizers did not advertise the Imperial Court's drag story hour, and the Imperial Court was forced to limit its performances due to fears of liability under HB 359. *Id.* ¶ 23.

77. At Butte Pride on July 1, 2023, the Imperial Court self-imposed dress restrictions and chose not to advertise an all-ages drag show. *Id.* ¶ 24.

78. At Libby Pride on July 8, 2023, the Imperial Court modified performances and chose not to advertise. *Id.* ¶ 25.

79. At Montana Pride in Helena from July 30 to August 6, 2023, the Imperial Court again self-imposed dress restrictions and chose not to advertise. *Id.* ¶ 26.

80. The Imperial Court is a membership organization, and, since the passage of HB 359, its members have been fearful of legal action the State of Montana may take against them if they continue their performances and the injunction is lifted. *Id.* ¶¶ 4, 27.

81. The Great Falls LGBTQ+ Community Center and the Western Montana LGBTQ+ Community Center ("The Centers") offer

community events, programs, and services aimed at supporting the Montana LGBTQ+ community and its allies. Decl. of Kelly Quick ¶¶ 3–4 ("Quick Decl."); Decl. of Emily Rokosch ¶¶ 4–7 ("Rokosch Decl.").

82. The Centers host events that sometimes include drag performances, and they have hosted family-friendly, age-appropriate events featuring drag performers. Quick Decl. ¶¶ 9–10; Rokosch Decl. ¶¶ 8–9.

83. HB 359 has already chilled The Centers' speech. Quick Decl. ¶ 14; Rokosch Decl. ¶¶ 13–14.

84. The Great Falls LGBTQ+ Community Center is concerned about liability under HB 359 because the law appears to prohibit some of the performances it hosts. Quick Decl. ¶¶ 13–15.

85. Similarly, The Western Montana LGBTQ+ Community Center has been unable to determine the precise scope of HB 359 and has already modified its speech and conduct out of fear of violating the law. Rokosch Decl. ¶¶ 12–13, 17.

86. For example, The Western Montana LGBTQ+ Community Center has restricted audiences for drag performances that were not age-restricted in prior years. *Id.* ¶ 14.

87. During Missoula Pride in 2023, The Western Montana LGBTQ+ Community Center modified its annual drag brunch at the University of Montana because the venue was publicly owned. *Id.*

88. Some drag performers associated with The Western Montana LGBTQ+ Community Center chose not to perform during Missoula Pride, citing fear of HB 359's repercussions. *Id.* ¶ 15.

89. The Roxy Theater is a nonprofit, community-owned theater located in downtown Missoula, Montana. Decl. of Sarah Ferguson ¶ 2 ("Ferguson Decl.").

90. In July 2023, the Roxy Theater showed *Asteroid City*, a film rated PG-13 by the Motion Picture Association. *Id.* ¶¶ 13–14.

91. In one scene of *Asteroid City*, the actress Scarlett Johansson disrobes and steps into a bathtub. This scene meets HB 359's definition of "stripping" because it involves the removal of clothing in a sexual manner for entertainment purposes and is thus a "sexually oriented performance." *Id.* ¶ 15.

92. In June 2023, the Roxy Theater hosted Queerwest Film Fest, a film festival centered on the experience of LGBTQ+ individuals in the American West. *Id.* ¶¶ 23–24.

93. As part of Queerwest Film Fest, the Roxy Theater hosted an all-ages drag show featuring drag queens and drag kings. *Id.* ¶¶ 26–27.

94. During the Queerwest Film Fest drag show, performers removed the outer layers of their costumes and wore prosthetic breasts, with no resulting nudity. *Id.* ¶ 28.

95. This drag show is a "sexually oriented performance," according to HB 359, and the Roxy Theater would be in violation of HB 359's penalty provisions for featuring this performance to an all-ages audience. *Id.* ¶¶ 10–12, 28–29.

96. The Roxy Theater employs transgender people and hosts drag kings and drag queens who perform educational events at the theater. *Id.* ¶ 30.

97. The Roxy Theater sometimes provides live accompaniment to films, which include drag performances. *Id.* ¶ 37.

98. The Roxy Theater also displays films that are not rated by the Motion Picture Association and allows parents and guardians to determine whether a minor under the age of 17 can view the films. *Id.* ¶ 39.

99. The Roxy Theater receives state funding through the Montana Film Office, Montana Arts Council, and Humanities Montana. *Id.* ¶ 3.

100. The Roxy Theater authorizes on-premises consumption of alcohol. *Id.* ¶ 11.

101. Because the Roxy Theater authorizes on-premises consumption of alcohol and displays films and events deemed "sexually oriented performances" under HB 359, the Roxy Theater is a "sexually oriented business" as understood by HB 359. *Id.* ¶ 12.

102. The Roxy Theater owners and employees fear they face criminal and/or civil liability for continuing to show films with artistic merit and continuing to host events that may be deemed "sexually oriented performances" under HB 359. *Id.* ¶¶ 40□43.

103. The Myrna Loy is a theater and live event space in Helena, Montana. Decl. of Benji Cosgrove ¶ 2 ("Cosgrove").

104. The Myrna Loy receives state funding. *Id.* ¶ 3.

105. The Myrna Loy authorizes the on-site consumption of alcohol. *Id.* ¶ 11.

106. The Myrna Loy displays films rated by the Motion Picture

Association and films that are not rated by the Motion Picture Association. The Myrna Loy allows parents and guardians to determine whether a minor under the age of 17 can view the films. *Id.* ¶¶ 9–10.

107. The Myrna Loy has hosted films and live events that would be deemed "sexually oriented performance[s]" under HB 359, including live and recorded drag shows. *Id.* ¶ 7.

108. Like the Roxy Theater, The Myrna Loy also screened *Asteroid City* and, for the past several years, screened *To Wong Foo, Thanks for Everything! Julie Newmar* ("*To Wong Foo*"). *Id.* ¶ 13, 17.

109. *To Wong Foo* is a Motion Picture rated PG-13 film.

110. *To Wong Foo* is about three friends, who are drag queens, road tripping across the country to a drag competition. *Id.* ¶¶ 18–19.

111. The three main characters appear to wear prostheses that fall under HB 359's definition of "sexually oriented performance." *Id.* ¶ 19.

112. Additionally, The Myrna Loy has hosted live comedy sketch shows and theatrical performances that feature activities defined as "stripping" under HB 359's definition and therefore qualify as "sexually oriented performances." *Id.* ¶¶ 22–31.

113. Because The Myrna Loy authorizes on-premises consumption of alcohol and displays films and events deemed "sexually oriented performances" under HB 359, the Myrna Loy is a "sexually oriented business" as understood by HB 359. *Id.* ¶¶ 11–12.

114. The Myrna Loy owners and employees fear they face criminal and/or civil liability for continuing to show films with artistic merit. *Id.* ¶ 33.

115. The Montana Book Company is a bookstore located in Helena, Montana. Decl. of Chelsia Rice ¶ 3 ("Rice Decl.").

116. The Montana Book Company has received state funding in the form of COVID relief. *Id.* ¶ 7.

117. The Montana Book Company has hosted drag story hours at which drag queens and drag kings wearing prostheses have read books to children. *Id.* ¶ 12.

118. The Montana Book Company sells books and hosts readings that include depictions of sexual content as defined in HB 359. *Id.* ¶ 8.

119. At the Montana Book Company on June 21, 2023, the author Debra Magpie Earling read from her novel *The Lost Journals of Sacajawea*, which included descriptions of genitalia. *Id.* ¶¶ 9–10.

120. Because the Montana Book Company plans to continue to host events considered "sexually oriented performances" and sell material with sexual content, its owners and employees fear criminal and civil penalties under HB 359. *Id.* ¶¶ 14–15.

121. Montana Pride is Montana's annual statewide LGBTQ+ Pride celebration held in Helena, Montana. Decl. of Kevin Hamm ¶ 4 ("Hamm Decl.").

122. Montana Pride includes drag performances. *Id.* ¶ 8.

123. On July 13, 2023, the City of Helena informed Montana Pride organizers that the city would not issue the requested event permits while HB 359 remained in effect. *Id.* ¶ 14.

124. The Court granted a temporary restraining order blocking the enforcement of HB 359 so that Montana Pride events could go forward without the risk of liability under HB 359. Dkt. 13, Ord. Granting Temp. Restraining Ord., 19–20.

Respectfully submitted this 24th day of July, 2026.

/s/ *Molly E. Danahy*
Molly E. Danahy
Rylee Sommers-Flanagan
Caitlin M. Cocilova
UPPER SEVEN LAW

Constance Van Kley
VAN KLEY LAW PLLC

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed in CM/ECF on July 24th, 2026, and served upon all registered users.

/s/ *Molly E. Danahy*
Molly E. Danahy
Rylee Sommers-Flanagan
Caitlin M. Cocilova
UPPER SEVEN LAW

Constance Van Kley
VAN KLEY LAW PLLC

*Attorneys for Plaintiffs*