Rylee Sommers-Flanagan
Molly E. Danahy
Caitlin M. Cocilova
UPPER SEVEN LAW
P.O. Box 31
Helena, MT 59624
(406) 998-6067
rylee@uppersevenlaw.com
molly@uppersevenlaw.com
caitlin@uppersevenlaw.com

Constance Van Kley
VAN KLEY LAW PLLC
P.O. Box 451
Missoula, MT 59806
(605) 517-0673
constance@vankleylaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AUSTIN KNUDSEN; SUSIE HEDALEN; and J.P. GALLAGHER,<br><br>Defendants. | Cause No.<br>CV- 23-50-BU-BMM<br><br>**Declaration of Benji Cosgrove, Executive Director of The Myrna Loy** |

I, Benji Cosgrove, declare as follows:

1. I serve as the Executive Director of the Myrna Loy, 15 North Ewing Street, Helena, MT 59601

2. The Myrna Loy is a nonprofit, community owned theater located in the Rodney Street district of downtown Helena, Montana.

3. The Myrna Loy receives grant funding through the Montana Arts Council and has received grant funds through the Department of Commerce's Tourism Grant Program and the Montana Cultural Trust.

4. The Myrna Loy hosts film screenings, live music, dance performances, and theater events seven days a week.

5. The Myrna Loy's mission is to inspire the creative spirits of people in and around Helena by presenting high quality, cultural significant films and performing arts, by supporting local and regional artists in their work, and by nurturing a lifelong love of the arts through education and residencies.

6. The Myrna Loy extends its reach beyond the building by conducting arts education programs across Helena, including in schools and

mental health care facilities, at hospitals and elderhomes, and through the "Rodney Street is…" art installations.

7. The Myrna Loy historically has displayed films and authorized events that include drag, flamboyant costuming, sexual content, and partial or complete nudity as defined by HB 359. All such films and events have artistic, scientific, literary, and/or cultural value.

8. HB 359 appears to prohibit such performances at The Myrna Loy because The Myrna Loy operates in a location owned by Lewis and Clark County.

9. The Myrna Loy posts all Motion Picture Association's ratings as required and allows parents and guardians to determine whether a minor under the age of 17 can view the films.

10. The Myrna Loy also displays films that are not rated by the Motion Picture Association and allows parents and guardians to determine whether a minor under the age of 17 can view the films.

11. The Myrna Loy authorizes on-premises consumption of alcoholic beverages—beer and wine—and houses a pub.

12. Because of the facts above, it appears that The Myrna Loy would bizarrely be considered a "sexually oriented business" under HB 359.

13. In 2023, The Myrna Loy displayed the film *Asteroid City*.

14. *Asteroid City* is a Motion Picture Association rated PG-13 film.

15. *Asteroid City* is about children scientists forced to quarantine during a stargazer convention. In one scene Actress Scarlett Johansson disrobes and steps into a bathtub. This scene appears to meet HB 359's definition of "stripping" and thus "sexually oriented performance."

16. In accordance with Motion Picture Association ratings requirements, The Myrna Loy showed *Asteroid City* to a general audience with no age restrictions.

17. During the past several years, The Myrna Loy has also displayed the film *To Wong Foo, Thanks for Everything! Julie Newmar*.

18. *To Wong Foo, Thanks for Everything! Julie Newmar* is a Motion Picture Association rated PG-13 film.

19. *To Wong Foo, Thanks for Everything! Julie Newmar* is about three friends taking a road trip across the country to make it to a drag

competition in Los Angeles. The three main characters are drag queens and appear to wear prostheses that fall under HB 359's definition of "sexually oriented performance."

20. In accordance with Motion Picture Association ratings requirements, The Myrna Loy shows *To Wong Foo, Thanks for Everything! Julie Newmar* to a general audience with no age restrictions.

21. It appears that The Myrna Loy could lose its operating license and the staff and Board of Directors could face criminal and civil liability for showing these PG-13 films because of HB 359.

22. Additionally, the Myrna Loy does a live comedy sketch show every two years, akin to Saturday Night Live.

23. The sketch show involves performers dressing as different characters and genders without regard to the gender or sex of the person being portrayed.

24. The sketches are improvised and could involve activities such as reading to the audience or removing clothing, with other clothing underneath, as part of comedic effect.

25. The sketch comedy performance is open to all ages.

26. The Myrna Loy, or its performers, could face criminal, civil, and occupational penalties under HB 359 by continuing to host or perform in this sketch show.

27. The Myrna Loy has also locally produced a stage musical version of the film *The Full Monty*.

28. *The Full Monty* is about a group of friends who are out of work and decide to strip to make money.

29. As a theater production, *The Full Monty* musical performance is unrated and open to all ages.

30. *The Full Monty* has several scenes that appear to meet HB 359's definition of "stripping" and thus "sexually oriented performance."

31. The Myrna Loy is interested in hosting and producing other comedy and theatrical performances.

32. I have no way of knowing whether the State of Montana will enforce HB 359 to criminally charge or penalize The Myrna Loy or its employees.

33. The Myrna Loy, its employees, and I fear that we face criminal and civil penalties for showing artistically meritorious films in compliance with industry standards.

34. I am unable to determine how The Myrna Loy can come into compliance with HB 359 while still serving its mission, its members, and its audience.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 23rd day of July, 2026, in Helena, Montana.

Benji Cosgrove