Rylee Sommers-Flanagan
Molly E. Danahy
Caitlin M. Cocilova
UPPER SEVEN LAW
P.O. Box 31
Helena, MT 59624
(406) 998-6067
rylee@uppersevenlaw.com
molly@uppersevenlaw.com
caitlin@uppersevenlaw.com

Constance Van Kley
VAN KLEY LAW PLLC
P.O. Box 451
Missoula, MT 59806
(605) 517-0673
constance@vankleylaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AUSTIN KNUDSEN; SUSIE HEDALEN; and J.P. GALLAGHER,<br><br>Defendants. | Cause No. CV 22-50-BU-BMM<br><br>**Declaration of Rachel Corcoran** |

I, Rachel Corcoran, declare as follows:

1. I am over the age of eighteen years, am competent to testify as to the matters set forth herein, and I make this declaration based upon my personal knowledge and belief.

2. I am a resident of Billings, Montana.

3. I have been a licensed teacher in Montana since 2010. I have taught in Billings Public Schools for over a decade and completed the 2025–2026 school year as an English Language and Literature teacher for grades six through twelve in Billings Public Schools. In August, I will change roles and serve as a middle school special education teacher, working with students in grades six through eight to develop their reading and writing skills.

4. Prior to becoming an English Language and Literature teacher, I regularly taught Special Education classes, specifically helping highschoolers learn to love reading.

5. I frequently used costumes and props in my classroom lessons, including dressing up as fictional characters from books to further engage my students in learning. My students also dressed up as fictional characters to help them engage with the books they read.

6. I continue to dress up to celebrate Red Ribbon Week, homecoming, and other schoolwide events. When I dress up along with my students, I am showing them that we are unified, and it builds a relationship of respect and shared excitement for learning and reading.

7. I find this teaching strategy helpful for engaging with my students and fostering a successful and welcoming learning environment.

8. I dress up as fictional and historical characters without regard for the gender or sex of the person being portrayed.

9. House Bill 359 ("HB 359") appears to ban teachers from reading to or engaging in learning activities with students while dressed in a gendered costume at school.

10. If I read to or engage in other learning activities with students while dressed up in a gendered costume, it appears that I could face criminal, civil, and occupational penalties.

11. Though I am fearful of HB 359's penalties, I still plan to dress up to celebrate the success of my students, cultivate a sense of community, and further encourage learning in the classroom.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 23rd day of July, 2026, in Billings, Montana.



Rachel Corcoran