Rylee Sommers-Flanagan
Molly E. Danahy
Caitlin M. Cocilova
UPPER SEVEN LAW
P.O. Box 31
Helena, MT 59624
(406) 998-6067
rylee@uppersevenlaw.com
molly@uppersevenlaw.com
caitlin@uppersevenlaw.com

Constance Van Kley
VAN KLEY LAW PLLC
P.O. Box 451
Missoula, MT 59806
(605) 517-0673
constance@vankleylaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AUSTIN KNUDSEN; SUSIE HEDALEN; and J.P. GALLAGHER,<br><br>Defendants. | Cause No.<br>CV 22-50-BU-BMM<br><br>**Declaration of Kevin Hamm** |

I, Kevin Hamm, declare as follows:

1. I am over the age of eighteen years, am competent to testify as to the matters set forth herein, and I make this declaration based upon my personal knowledge and belief.

2. I am a resident of East Helena, Montana.

3. I am the founder and president of the board of directors of the Happiness & Joy Foundation, a domestic nonprofit corporation created in 2014 and headquartered in Helena, Montana.

4. The Happiness & Joy Foundation organizes Montana Pride, Montana's annual statewide Pride celebration. I have been the chief organizer of Montana Pride since 2014.

5. Montana Pride commemorated 30 years of Pride celebrations in Montana in 2023.

6. Montana Pride celebrates LGBTQ+ pride, acceptance, rights, and achievements. Montana Pride is intended to be a safe space for all individuals, especially those of the LGBTQ+ community.

7. Montana Pride is an all-ages celebration, with events designed to be accessible for anyone who wishes to attend. Events are age-

appropriate, and hosts are deliberate in ensuring the safety of all individuals participating or attending.

8. Montana Pride showcases several forms of entertainment and community-centered events, including drag shows, a parade, artisan markets, local business booths, a rally, and educational events.

9. Educational events that we have featured in past years include an Intersex Q&A, a Death Doula event, and Queer Collaging.

10. With more than 15,000 attendees from across the state and country, Montana Pride is the largest Pride event in Montana, a significant tourist attraction, and an economic boon for the Helena region.

11. Montana Pride events are held at a variety of small businesses, in public parks, on public streets, and at other venues throughout Helena, over the course of several days.

12. The 2023 Montana Pride events were scheduled to begin on July 30, 2023, and end on August 6, 2023.

13. On June 30, 2023, I applied to the City of Helena for the permits necessary for several Montana Pride events to be held on city

property. I resubmitted these applications on July 13, 2023. A true and accurate copy of the applications are attached as Exhibits A and B to this declaration.

14. On July 13, 2023, I met with the City Manager, City Attorney, and other staff of the City of Helena. I was informed that the City of Helena would not issue the requested permits while HB 359 remained in effect and enforceable.

15. The Last Chance Gulch event permits I applied for in 2023 were functionally identical to the permits the City of Helena approved for the same event in 2022.

16. HB 359 appears to prohibit even the partial exposure of prosthetic or natural breasts and buttocks on public property. People regularly expose these portions of the body in many public places, such as public swimming areas.

17. Montana Pride participants regularly wear costumes to celebrate and, because Montana Pride is held in the summertime, many attendees regularly wear clothing that partially exposes breasts and buttocks.

18. As the chief organizer of the Montana Pride events, I am concerned personally about civil and criminal liability under HB 359 and do not know how to limit such liability effectively. I cannot force thousands of attendees to comply with a state-sanctioned dress code.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 23rd day of July, 2026, in East Helena, Montana.

Kevin Hamm

# Exhibit A

City of Helena

**City of Helena**
**Special Events Permit Form**

The City's online Special Events Permit Application does not have the ability to be saved. Once you start the application, you must complete the form or your work will be lost. Before starting the application please be sure you have:

- Proof of Insurance
- Traffic Control Plan (If your event will be closing a street)
- Emergency Evacuation Plan (If your event's attendees exceeds 250 people)

City code requires all special events, including block parties, acquire special event insurance. The Montana Municipal Interlocal Authority (MMIA) has resources to help residents find insurance providers for their event. More information can be found at the MMIA Special Events Coverage Page.

☑ Acknowledge

Event Coordinator: 225 N Cruse Avenue, Suite B, Helena, MT 59601
Phone: (406) 447-8422
Email: specialevents@helenamt.gov

| Deadlines | |
|---|---|
| **Requirement** | **Time Before Event Begin Date (Days)** |
| Special Event Permit Application | 30 Days |
| Alcohol Permit | 30 Days |
| Traffic Control Requests | 14 Days |

Event

**Event Information**

Event Name
Montana Pride Banned Brunch

Application Date
7/13/2023

Event Type

Estimated Number of Attendees

Other

Drag Show and Street Brunch

A Noise Ordinance Permit is required for an event of this size. The Noise Ordinance Permit is appended to the bottom of this form.

Due to the size of your event a member of the Helena Police Department will be in contact regarding event security details.

Due to the size of your event an Emergency Evacuation Plan is required.

---

**Event Coordinator Information (Person in Charge of the Event)**

Name: Kevin Hamm

Email: k@montanapride.org

Cell Phone: 406-417-0070

Work Phone:

Address: 7 W 6th Ave, Ste 3D

Address 2: Helena, MT 59601

---

**Date / Time Information**

Does the Event Span Multiple Days?

● No ○ Yes

| Event Date | Start Time | End Time |
| --- | --- | --- |
| 7/30/2023 | 8:00 AM | 4:00 PM |

| Event Start Date | Event End Date | Start Time | End Time |
| --- | --- | --- | --- |
| | 8/5/2023 | 8:00 AM | 2:00 AM |

Section 46

| Event Date | Start Time | End Time |
| --- | --- | --- |
| 7/30/2023 | 8:00 AM | 4:00 PM |

### Other Event Information

Proof of Insurance

Insurance Placeholder for permit app.pdf

Insurance requirements can be found in the City Code §7-9-5

Will your event contain alcohol?

● Yes ○ No

An alcohol permit is requried with this application (alcohol permit is included on this form).

Will your event take place on the walking mall?

○ Yes ○ No

Barricades are required for parades on the walking mall.

Will your event take place on a public park?

○ Yes ● No

Events taking place on a public park require a different application process. Please contact Heather Kahler at (406) 447-8463

Though not required, the City of Helena encourages recycling when possible. Will recycling be provided at this event?

● Yes ○ No

---

### Event Security Information

Are you seeking police presence for your event?

○ Yes ● No

City of Helena Police Agreement

---

### Location / Traffic Control Information

Traffic control plans should adhere to the following:

- 20 ft. of unobstructed width must remain clear at all times for emergency traffic.
- All signage shall comply with the Manual on Uniform Traffic Control Devices (MUTCD) and any City, County, or State requirements.
- Traffic control plans should contain a vicinity map which denotes the entire area impacted by the event.
- Traffic control plans should include details for event wayfinding. Using these principiples will help create good wayfinding.

- Create an identity at each location.
- Use landmarks to provide orientation clues.
- Create well-structured paths.
- Create regions of differing visual character.
- Don't give the user too many navigational choices.

- Traffic control plans should show traffic flow by arrows indicating direction and any deviations.
- Traffic control plans should show event access, staging areas, and parking accommodations.
- Traffic control plans should show pedestrian access plans including disabled accessibility.
- Traffic control plans should show emergency access points.
- Traffic control plans should denote the roadways or pedestrian facilities to be closed and where they will be closed.
- Traffic control plans should denote where road closed barricades will be, and the location of advanced warning signs and any other required signs.

Will the event require street closures?

(●) Yes ( ) No

Location of Event

Banned Brunch at Front Street

Street Requiring Closure

Front Street between 13th & 14th

Interactive Map

| Area Map | Traffic Control Plan | Emergency Evacuation Plan |
|---|---|---|
| x_____xpigIY1ZmA... 0a2e-11ee-a27d-0a747911150b.pdf | x_____xpigIY1ZmA... 0a2e-11ee-a27d-0a747911150b.pdf | x_____xpigIY1ZmA... 0a2e-11ee-a27d-0a747911150b.pdf |

---

Alcohol Permit

**Alcohol Permit**

General Questions

- [ ] Are you a licensed establishment permitted to sell alcohol?
- [x] Are you allowing consumption of alcohol as the "host"?

What is your plan for clearly designating areas where alcohol consumption is permitted? Please detail all containment and signs you plan to use?

The street ends will have road signs blocking, with signage on the inside notifying people of the open container space. The bars will be provided by downtown establishments using their catering licenses to sell into the area.

**General Guidelines**

When approved, this portion of the document will be your permit. Keep this document available to present if needed.

Event Sponsors must ensure that participants are checked for legal age if served alcohol.

**Insurance Requirements**

The permit holder must indemnify, defend, and hold the City and its employees and agents harmless against all claims, liability, loss, damage, or expense incurred by the City due to any injur to or death of any person or any damage to property caused by or resulting from the activities for which the permit is granted. As evidence of the applicant's ability to perform the conditions of the permit, prior to the permit being issued, applicant must provide proof of applicant's liability insurance issued by a reliable company or companies for personal injury and property damage, and which includes alcohol liability coverage, in an amount not less than one million dollars ($1,000,000.00) per occurrence and two million dollars ($2,000,000.00) aggregate per year for bodily injury, personal injury, and property damage, with the City named as an additional insured. (Ord. 3252, §5-20-2019).

**Acknowledgements**

I have read & understand Helena City Code Title 7, Chapter 14 and conditions regarding the consumption of alcohol on public right of way.

I have read & understand Helena City Code §5-7-3 regarding the limitation of noise in City limits If noise is expected to exceed allowable limits, I understand a Noise Permit is required.

I have read & understand Helena City Code §7-14 regarding Insurance and Indemnification requirements: The permit holder must indemnify, defend, and hold the City and its employees and agents harmless against all claims, liability, loss, damage, or expense incurred by the City due to any injury to or death of any person or any damage to property caused by or resulting from the activities for which the permit is granted. As evidence of the applicant's ability to perform the conditions of the permit, prior to the permit being issued, applicant must provide proof of applicant's liability insurance issued by a reliable company or companies for personal injury and property damage, and which includes alcohol liability coverage, in an amount not less than one million dollars ($1,000,000.00) per occurrence and two million dollars ($2,000,000.00) aggregate per year for bodily injury, personal injury, and property damage, with the City named as an additional insured.

I have received, read and agree to the alcohol requirements set forth by the City of Helena and applicable state requirements.

Noise Permit

**Noise Permit**

Noise permits are required for any project, special event, parade or party with noise that exceeds sound limits stated in the ordinance below. This includes parties on private or public property with or without amplified music that exceeds dB limits.

| District / Zones | Limitations: 6:00AM - 11:00PM | Limitations: 11:00PM - 6:00AM |
|---|---|---|
| Residential | 55 dB (A) | 50 db (A) |
| Commercial | 60 dB (A) | 55 dB (A) |
| Industrial | 80 dB (A) | 75 dB (A) |

Does your event contain any of the following

- ☐ Horns, Signaling Devices
- ☑ Sound Amplifying Equipment
- ☐ Loud Speakers, Amplifiers for Commercial Purposes
- ☐ Yelling or Shouting
- ☐ Animals
- ☐ Exhausts
- ☐ Defect in Vehicle
- ☐ Loading, Unloading, Opening Containers
- ☐ Construction Projects or Repair of Buildings
- ☐ Fireworks & Explosives

I have read & understand Helena City Code §5-7-2 and §5-7-3 regarding the limitation of noise in City limits. If noise is expected to exceed allowable limits, I understand a Noise Permit is required.

Noise Ordinance Permit Signature

System Use [Please Do Not Alter Anything In This Section]

Event Start Date Variable Field

7/30/2023

Contact Information

**Contact Information**

| Department | Phone Number | Contact Reason |
|---|---|---|
| Police Department | (406) 447-8479 | Event Security Detail |
| Transportation Systems | (406) 447-1566 | Traffic Control Plan & Area Map |
| Fire Department | (406) 447-8472 | EMS Services, Fire Code Information |
| Parking Division | (406) 447-8420 | Parking Permits, Parking Logistics |

## Acknowledgement

I acknowledge that I have received, read, and agree to follow above City of Helena Special Event Policies when holding the requested event. My signature below indicates my knowledge of the rules contained in the City of Helena Special Event Guidelines and Policies, that I have authority to legally bind any organization I represent with regard to this application, and that I /my organization agree(s) to comply with said rules.

Application Signature



## Director Approval Step

Comments

Insurance to come.

Digitally Signed (email verified)

Kammi McClain    Jul 13, 2023

_bJlXYCGQEe686LI1wMKlvg

# Exhibit B

City of Helena

**City of Helena**
**Special Events Permit Form**

The City's online Special Events Permit Application does not have the ability to be saved. Once you start the application, you must complete the form or your work will be lost. Before starting the application please be sure you have:

- Proof of Insurance
- Traffic Control Plan (If your event will be closing a street)
- Emergency Evacuation Plan (If your event's attendees exceeds 250 people)

City code requires all special events, including block parties, acquire special event insurance. The Montana Municipal Interlocal Authority (MMIA) has resources to help residents find insurance providers for their event. More information can be found at the MMIA Special Events Coverage Page.

☑ Acknowledge

Event Coordinator: 225 N Cruse Avenue, Suite B, Helena, MT 59601
Phone: (406) 447-8422
Email: specialevents@helenamt.gov

| Deadlines | |
|---|---|
| **Requirement** | **Time Before Event Begin Date (Days)** |
| Special Event Permit Application | 30 Days |
| Alcohol Permit | 30 Days |
| Traffic Control Requests | 14 Days |

Event

**Event Information**

Event Name: Montana Pride

Application Date: 7/13/2023

Event Type

Estimated Number of Attendees

A Noise Ordinance Permit is required for an event of this size. The Noise Ordinance Permit is appended to the bottom of this form.

Due to the size of your event a member of the Helena Police Department will be in contact regarding event security details.

Due to the size of your event an Emergency Evacuation Plan is required.

---

**Event Coordinator Information (Person in Charge of the Event)**

| Name | Email |
|---|---|
| Kevin Hamm | k@montanapride.org |

| Cell Phone | Work Phone |
|---|---|
| 4064170070 | |

| Address | Address 2 |
|---|---|
| 7 W 6th Ave, Ste 3d | Helena, MT 59601 |

---

**Date / Time Information**

Does the Event Span Multiple Days?

○ No ● Yes

| Event Date | Start Time | End Time |
|---|---|---|
| | | |

| Event Start Date | Event End Date | Start Time | End Time |
|---|---|---|---|
| 7/30/2023 | 8/5/2023 | 8:00 AM | 11:59 PM |

Section 46

| Event Date | Start Time | End Time |
|---|---|---|
| 7/30/20203 | 8:00 AM | 4:00 PM |

Section 46

| Event Date | Start Time | End Time |
|---|---|---|
| 8/5/2023 | 8:00 AM | 2:00 AM |

## Other Event Information

Proof of Insurance

event descriptions for permits signed copy.pdf

Insurance requirements can be found in the City Code §7-9-5

Will your event contain alcohol?

(selected) Yes / No

An alcohol permit is requried with this application (alcohol permit is included on this form).

Will your event take place on the walking mall?

Yes / No

Barricades are required for parades on the walking mall.

Will your event take place on a public park?

(selected) Yes / No

Events taking place on a public park require a different application process. Please contact Heather Kahler at (406) 447-8463

Though not required, the City of Helena encourages recycling when possible. Will recycling be provided at this event?

(selected) Yes / No

## Event Security Information

Are you seeking police presence for your event?

(selected) Yes / No

City of Helena Police Agreement

event descriptions for permits signed copy.pdf

## Location / Traffic Control Information

Traffic control plans should adhere to the following:

- 20 ft. of unobstructed width must remain clear at all times for emergency traffic.

- All signage shall comply with the Manual on Uniform Traffic Control Devices (MUTCD) and any City, County, or State requirements.
- Traffic control plans should contain a vicinity map which denotes the entire area impacted by the event.
- Traffic control plans should include details for event wayfinding. Using these principiples will help create good wayfinding.
  - Create an identity at each location.
  - Use landmarks to provide orientation clues.
  - Create well-structured paths.
  - Create regions of differing visual character.
  - Don't give the user too many navigational choices.
- Traffic control plans should show traffic flow by arrows indicating direction and any deviations.
- Traffic control plans should show event access, staging areas, and parking accommodations.
- Traffic control plans should show pedestrian access plans including disabled accessibility.
- Traffic control plans should show emergency access points.
- Traffic control plans should denote the roadways or pedestrian facilities to be closed and where they will be closed.
- Traffic control plans should denote where road closed barricades will be, and the location of advanced warning signs and any other required signs.

Will the event require street closures?

- (●) Yes
- ( ) No

Location of Event

Last Chance Gulch

Street Requiring Closure

Last Chance Gulch & 6th Ave

Interactive Map

| Area Map | Traffic Control Plan | Emergency Evacuation Plan |
| --- | --- | --- |
| event descriptions for permits signed copy.pdf | event descriptions for permits signed copy.pdf | event descriptions for permits signed copy.pdf |

---

Alcohol Permit

**Alcohol Permit**

General Questions

- [ ] Are you a licensed establishment permitted to sell alcohol?

- [x] Are you allowing consumption of alcohol as the "host"?

What is your plan for clearly designating areas where alcohol consumption is permitted? Please detail all containment and signs you plan to use?

for the drag brunch it's the street signs, for the weekend of the parade, we're asking for the downtown to be declared for the weekend per our pdf.

**General Guidelines**

When approved, this portion of the document will be your permit. Keep this document available to present if needed.

Event Sponsors must ensure that participants are checked for legal age if served alcohol.

**Insurance Requirements**

The permit holder must indemnify, defend, and hold the City and its employees and agents harmless against all claims, liability, loss, damage, or expense incurred by the City due to any injur to or death of any person or any damage to property caused by or resulting from the activities for which the permit is granted. As evidence of the applicant's ability to perform the conditions of the permit, prior to the permit being issued, applicant must provide proof of applicant's liability insurance issued by a reliable company or companies for personal injury and property damage, and which includes alcohol liability coverage, in an amount not less than one million dollars ($1,000,000.00) per occurrence and two million dollars ($2,000,000.00) aggregate per year for bodily injury, personal injury, and property damage, with the City named as an additional insured. (Ord. 3252, §5-20-2019).

**Acknowledgements**

I have read & understand Helena City Code Title 7, Chapter 14 and conditions regarding the consumption of alcohol on public right of way.

I have read & understand Helena City Code §5-7-3 regarding the limitation of noise in City limits If noise is expected to exceed allowable limits, I understand a Noise Permit is required.

I have read & understand Helena City Code §7-14 regarding Insurance and Indemnification requirements: The permit holder must indemnify, defend, and hold the City and its employees and agents harmless against all claims, liability, loss, damage, or expense incurred by the City due to any injury to or death of any person or any damage to property caused by or resulting from the activities for which the permit is granted. As evidence of the applicant's ability to perform the conditions of the permit, prior to the permit being issued, applicant must provide proof of applicant's liability insurance issued by a reliable company or companies for personal injury and property damage, and which includes alcohol liability coverage, in an amount not less than one million dollars ($1,000,000.00) per occurrence and two million dollars ($2,000,000.00) aggregate per year for bodily injury, personal injury, and property damage, with the City named as an additional insured.

I have received, read and agree to the alcohol requirements set forth by the City of Helena and applicable state requirements.

Noise Permit

**Noise Permit**

Noise permits are required for any project, special event, parade or party with noise that exceeds sound limits stated in the ordinance below. This includes parties on private or public property with or without amplified music that exceeds dB limits.

| **District / Zones** | **Limitations: 6:00AM - 11:00PM** | **Limitations: 11:00PM - 6:00AM** |
|---|---|---|
| Residential | 55 dB (A) | 50 db (A) |
| Commercial | 60 dB (A) | 55 dB (A) |
| Industrial | 80 dB (A) | 75 dB (A) |

Does your event contain any of the following

- [ ] Horns, Signaling Devices
- [x] Sound Amplifying Equipment
- [ ] Loud Speakers, Amplifiers for Commercial Purposes
- [ ] Yelling or Shouting
- [ ] Animals
- [ ] Exhausts
- [ ] Defect in Vehicle
- [ ] Loading, Unloading, Opening Containers
- [ ] Construction Projects or Repair of Buildings
- [ ] Fireworks & Explosives

I have read & understand Helena City Code §5-7-2 and §5-7-3 regarding the limitation of noise in City limits. If noise is expected to exceed allowable limits, I understand a Noise Permit is required.

Noise Ordinance Permit Signature

System Use [Please Do Not Alter Anything In This Section]

Event Start Date Variable Field

7/30/2023

## Contact Information

| Contact Information | | |
|---|---|---|
| **Department** | **Phone Number** | **Contact Reason** |
| Police Department | (406) 447-8479 | Event Security Detail |
| Transportation Systems | (406) 447-1566 | Traffic Control Plan & Area Map |
| Fire Department | (406) 447-8472 | EMS Services, Fire Code Information |
| Parking Division | (406) 447-8420 | Parking Permits, Parking Logistics |

## Acknowledgement

I acknowledge that I have received, read, and agree to follow above City of Helena Special Event Policies when holding the requested event. My signature below indicates my knowledge of the rules contained in the City of Helena Special Event Guidelines and Policies, that I have authority to legally bind any organization I represent with regard to this application, and that I /my organization agree(s) to comply with said rules.

Application Signature

## Director Approval Step

Comments

Insurance to come.

Digitally Signed (email verified)

Kammi McClain Jul 13, 2023

_VZ4CkCGQEe686LI1wMKlvg