Rylee Sommers-Flanagan
Molly E. Danahy
Caitlin M. Cocilova
UPPER SEVEN LAW
P.O. Box 31
Helena, MT 59624
(406) 998-6067
rylee@uppersevenlaw.com
molly@uppersevenlaw.com
caitlin@uppersevenlaw.com

Constance Van Kley
VAN KLEY LAW PLLC
P.O. Box 451
Missoula, MT 59806
(605) 517-0673
constance@vankleylaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA, et al.,<br><br>Plaintiffs,<br>v.<br><br>AUSTIN KNUDSEN; SUSIE HEDALEN; and J.P. GALLAGHER,<br><br>Defendants. | Cause No.<br>CV 22-50-BU-BMM<br><br>**Declaration of Raymi Samson** |

I, Raymi Samson, declare as follows:

1. I am over the age of eighteen years, am competent to testify as to the matters set forth herein, and I make this declaration based upon my personal knowledge and belief.

2. I am a resident of Missoula, Montana.

3. I am the president of The Imperial Sovereign Court of the State of Montana ("the Imperial Court"), a domestic nonprofit corporation founded in 1993 and headquartered in Missoula, Montana.

4. The Imperial Court is a membership organization. Individuals must be 18 years old to become a member.

5. I am a member of the Imperial Court, performing as a drag queen under the name "Eunice Sexx," "Eunice X," and "Eunice Bourgeois."

6. I am assigned female at birth, a nonbinary performer, and a small business owner.

7. The mission of the Imperial Court is to educate and advocate for LGBTQ+ individuals and allies through the production of community-based drag performances that explore multiple gender

expressions in an entertaining and educational atmosphere and create a safe and welcoming environment.

8. The Imperial Court is a prolific fundraiser, directing all net proceeds from its events to enriching the community. The Imperial Court is a regular donor to Montana nonprofit organizations and has donated to the Bozeman Symphony, SAGA schools, Open Aid Alliance, Glacier Queer Alliance, and the Montana Foundation for Suicide Prevention, among others.

9. Imperial Court events also raise funds for homeless shelters and other community needs, and the Imperial Court provides numerous scholarships to LGBTQ+ and allied individuals across the state.

10. Additionally, the Imperial Court supports the community by being a safe space for conversation and gatherings. For example, after a Neo-Nazi group attacked Bozeman Pride, causing injuries and emotional trauma, we opened our doors, held debrief sessions, and compiled a resource list for the community.

11. Imperial Court members are impactful educators, hosting conversations and seminars on many important topics, including

consent, sober driving, gender identity, sexual orientation, and acceptance. As with all the Imperial Court's activities, these educational events are carefully curated to be age-appropriate for each audience.

12. The Imperial Court's drag performances are strictly tailored based on age group, with some performances for adults-only and other performances for all-ages. We take steps to ensure that minors do not attend shows intended for our adult-only audiences.

13. The all-ages drag performances we put on are appropriate for anybody. We do not perform "burlesque drag" or strip. Our performances are strictly power-lip syncing to uplifting songs.

14. The costumes for these all-ages performances are also age-appropriate, with exhaustive guidelines outlining what is and is not appropriate costuming for an all-ages show. Simply stated, if a performer could not wear it into a kindergarten class, they cannot wear it to an all-ages show.

15. Our drag performances necessarily include drag and flamboyant costuming and may also include sexual content as defined by HB 359. For example, under HB 359, the use of prosthetic cleavage at

these events could be considered a "sexually oriented performance."

16. The Imperial Court produces drag shows at small business and public spaces across the state. Venues include public libraries, bookstores, bars, public parks, museums, churches, comedy clubs, schools, and even the Montana State Capitol building.

17. Many of these locations appear to be subject to the restrictions imposed by HB 359, severely curtailing our ability to perform and diminishing our reach.

18. When HB 359 went into effect, we had shows across the state cancelled, modified, and placed in limbo.

19. While we were able to perform at Bozeman Pride on May 19 to 21, 2023, before HB 359 became effective, a show at the Museum of the Rockies originally scheduled for August 26, 2023, was repeatedly rescheduled and never occurred.

20. A drag story hour event at Zoo Montana in Billings scheduled for June 22, 2023, was also postponed due to HB 359 and never occurred. We had successfully put on the same event at Zoo Montana the year before.

21. At Red Lodge Pride on June 2 and 3, 2023, we had to increase the restrictions for our all-ages performances and modify costuming due to concerns about HB 359's penalties. We also hired police officers for our performers' safety.

22. At Missoula Pride on June 17, 2023, event organizers modified our scheduled slate of events due to HB 359—and did not advertise the drag story hour event at all. As we did for Red Lodge Pride, we modified elements of the all-ages show in response to concerns about HB 359.

23. At Billings Pride on June 22 to 24, 2023, the drag story hour was again not advertised by event organizers, and we were unable to perform any drag on public property.

24. At Butte Pride on July 1, 2023, we opted out of advertising our all-ages drag show and followed our new restrictions on costuming and performances due to HB 359.

25. At Libby Pride on July 8, 2023, we again did not advertise and were forced to modify the performance due to fear of HB 359's penalties.

26. At Montana Pride in Helena from July 30 to August 6, 2023, we again followed our new, self-imposed restrictions and did not advertise our events out of fear of HB 359.

27. Across the state, until the injunction took effect, our performers were incredibly fearful of legal action being taken against them under HB 359. Our performers continue to be fearful of what could happen if the injunction is lifted.

28. As President of the Imperial Court, I am not confident in our ability to completely or conclusively comply with HB 359 while still serving our mission, our members, and our audience. The Imperial Court attempted to create rules to come into compliance with HB 359, to the best of our ability, and that attempt at reducing the risk to community partners drove away venues and performers.

29. We continue to have at least one to two performers drop from each performance based on the rules we put into place in an attempt to respond to HB 359.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 23rd day of July, 2026, in Missoula, Montana.

Raymi Samson