Rylee Sommers-Flanagan
Molly E. Danahy
Caitlin M. Cocilova
  UPPER SEVEN LAW
  P.O. Box 31
  Helena, MT 59624
  (406) 998-6067
  rylee@uppersevenlaw.com
  molly@uppersevenlaw.com
  caitlin@uppersevenlaw.com

Constance Van Kley
  VAN KLEY LAW PLLC
  P.O. Box 451
  Missoula, MT 59806
  (605) 517-0673
  constance@vankleylaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA, et al., | Cause No. CV-23-50-BU-BMM |
| *Plaintiffs*, | Hon. Brian Morris |
| vs. | **Plaintiffs' Motion for Protective Order** |
| AUSTIN KNUDSEN; SUSIE HEDALEN; and J.P. GALLAGHER, | |
| *Defendants.* | |

Plaintiffs move this Court for a Protective Order under Federal Rule of Civil Procedure 26(b)(2) and (c)(1) to bar or limit the State's noticed Rule 30(b)(6) depositions for six Plaintiffs as outside the permissible scope of discovery under Rule 26(b)(1).

The undersigned hereby certifies that, consistent with Local Rule 26.3(c)(2)(b), Plaintiffs' counsel has met and conferred with the State's counsel regarding its request for discovery and the present motion. The State opposes the motion.

A brief in support accompanies this motion.

DATED this 28th day of July, 2026.

*/s/ Molly E. Danahy*
Rylee Sommers-Flanagan
Molley E. Danahy
UPPER SEVEN LAW

Constance Van Kley
VAN KLEY LAW PLLC

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed in CM/ECF on July 28, 2026, and served upon all registered users.

/s/ *Molly E. Danahy*
Rylee Sommers-Flanagan
Molly E. Danahy
Caitlin M. Cocilova
UPPER SEVEN LAW

Constance Van Kley
VAN KLEY LAW PLLC

*Attorneys for Plaintiffs*