Rylee Sommers-Flanagan
Molly E. Danahy
Caitlin M. Cocilova
  UPPER SEVEN LAW
  P.O. Box 31
  Helena, MT 59624
  (406) 998-6067
  rylee@uppersevenlaw.com
  molly@uppersevenlaw.com
  caitlin@uppersevenlaw.com

Constance Van Kley
  VAN KLEY LAW PLLC
  P.O. Box 451
  Missoula, MT 59806
  (605) 517-0673
  constance@vankleylaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA, et al., <br><br> *Plaintiffs*, <br><br> vs. <br><br> AUSTIN KNUDSEN; SUSIE HEDALEN; and J.P. GALLAGHER, <br><br> *Defendants.* | Cause No. CV-23-50-BU-BMM <br><br> Hon. Brian Morris <br><br> **Joint Motion to Modify Briefing Deadlines** |

Pending before the Court are Plaintiffs' Renewed Motion for Summary Judgment as to Counts IV and V, Dkt. 79, Plaintiffs' Motion for a Protective Order barring or limiting six noticed 30(b)(6) depositions, Dkt. 82, and the State's Rule 56(d) Motion, Dkt. 84. The Parties to Counts IV & V have agreed to cancel the noticed depositions pending resolution of the two discovery motions.

Currently, the State's response to Plaintiffs' summary judgment motion is due Friday, August 14, 2026. The Parties to Counts IV & V respectfully and jointly ask the Court to stay further briefing on Plaintiffs' summary judgment motion pending resolution of the two discovery motions.

The State's Response to Plaintiffs' Motion for a Protective Order is due on August 11, 2026, and Plaintiffs' Response to Defendants' Rule 56(d) Motion is due on August 13, 2026. The Parties to Counts IV & V respectfully and jointly as the Court to extend these deadlines, so both responses are due on August 20, 2026, and any replies are due September 3, 2026.

A proposed order accompanies this joint motion.

DATED this 31st of July, 2026.

*Joint Motion to Modify Briefing Deadlines*                                    1

/s/ *Molly E. Danahy*
Rylee Sommers-Flanagan
Molly E. Danahy
Caitlin M. Cocilova
UPPER SEVEN LAW

Constance Van Kley
VAN KLEY LAW PLLC

*Attorneys for Plaintiffs*


/s/ *Michael J. Noonan*
Michael D. Russell
Thane Johnson
Alwyn Lansing
Michael J. Noonan
  *Assistant Attorneys General*
MONTANA DEPARTMENT OF
JUSTICE

*Attorneys for Defendants Austin
Knudsen & Elsie Arntzen*

*Joint Motion to Modify Briefing Deadlines*                    2