## UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA, et al., | Cause No. CV-23-50-BU-BMM |
| *Plaintiffs,* | Hon. Brian Morris |
| vs. | |
| AUSTIN KNUDSEN; SUSIE HEDALEN; and J.P. GALLAGHER, | **[PROPOSED] ORDER** |
| *Defendants.* | |

Currently pending before the Court are Plaintiffs' Renewed Motion for Summary Judgment as to Counts IV and V, Dkt. 79, Plaintiffs' Motion for a Protective Order barring or limiting six noticed 30(b)(6) depositions, Dkt. 82, and the State's Rule 56(d) Motion, Dkt. 84.

The Parties jointly moved to stay further briefing on Plaintiffs' summary judgment motion pending resolution of the two discovery motions. The Parties further jointly move to extend the deadlines to respond to the two discovery motions.

Good cause appearing, the Court vacates the State's August 14, 2026, deadline to respond to Plaintiffs' summary judgment motion and

shall re-set the deadline once Plaintiffs' Motion for a Protective Order and the State's Rule 56(d) Motion are resolved.

The Court orders that Plaintiffs' Response to Defendants Rule 56(d) Motion and Defendants' Response to Plaintiffs' Motion for a Protective Order are due on or before August 20, 2026. Any replies shall be due on or before September 3, 2026.

It is so ORDERED.

DATED this _____ of _____, 2026.


_____
Brian Morris, Chief District Judge
United States District Court