# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA, et al.,

Plaintiffs,

vs.

AUSTIN KNUDSEN; SUSIE HEDALEN; and J.P. GALLAGHER,

Defendants.

Cause No. CV-23-50-BU-BMM

Hon. Brian Morris

**ORDER**

Currently pending before the Court are Plaintiffs' Renewed Motion for Summary Judgment as to Counts IV and V, Dkt. 79, Plaintiffs' Motion for a Protective Order barring or limiting six noticed 30(b)(6) depositions, Dkt. 82, and the State's Rule 56(d) Motion, Dkt. 84.

The Parties jointly moved to stay further briefing on Plaintiffs' summary judgment motion pending resolution of the two discovery motions. The Parties further jointly move to extend the deadlines to respond to the two discovery motions.

Good cause appearing, the Court vacates the State's August 14, 2026, deadline to respond to Plaintiffs' summary judgment motion and

shall re-set the deadline once Plaintiffs' Motion for a Protective Order and the State's Rule 56(d) Motion are resolved.

The Court orders that Plaintiffs' Response to Defendants Rule 56(d) Motion and Defendants' Response to Plaintiffs' Motion for a Protective Order are due on or before August 20, 2026. Any replies shall be due on or before September 3, 2026.

DATED this 31st day of July 2026.

Brian Morris, Chief District Judge
United States District Courts