Rylee Sommers-Flanagan
Molly E. Danahy
Caitlin Cocilova
  UPPER SEVEN LAW
  P.O. Box 31
  Helena, MT 59624
  (406) 998-6067
  rylee@uppersevenlaw.com
  molly@uppersevenlaw.com
  caitlin@uppersevenlaw.com

Constance Van Kley
  VAN KLEY LAW PLLC
  P.O. Box 451
  Missoula, MT 59806
  (605) 517-0673
  constance@vankleylaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA; ADRIA JAWORT; RACHEL CORCORAN; THE MONTANA BOOK COMPANY; IMAGINE BREWING COMPANY, LLC d/b/a IMAGINE NATION BREWING COMPANY; BUMBLEBEE AERIAL FITNESS; THE WESTERN MONTANA COMMUNITY CENTER; MONTANA PRIDE; THE GREAT FALLS LGBTQ+ COMMUNITY CENTER; THE ROXY THEATER; and THE MYRNA LOY,<br><br>*Plaintiffs*,<br><br>vs.<br><br>AUSTIN KNUDSEN; SUSIE HEDALEN; and J.P. GALLAGHER,<br><br>*Defendants*. | Cause No. CV-23-50-BU-BMM<br><br>Hon. Brian Morris<br><br>**Joint Status Update Counts I & II** |

The Parties to Counts I & II hereby notify the Court that they have reached an agreement in principle regarding Plaintiff Adria Jawort's claims against Defendant J.P. Gallagher, set forth in Counts I & II of the First Amended Complaint, Doc. 3.

The Parties to Counts I & II expect to file a stipulated dismissal of Counts I & II and of Defendant J.P. Gallagher, after finalizing the details regarding the Parties' agreement in principle.

DATED this 6th day of August, 2026.

/s/ Molly E. Danahy
Rylee Sommers-Flanagan
Molly E. Danahy
Caitlin Cocilova
UPPER SEVEN LAW

Constance Van Kley
VAN KLEY LAW PLLC

Attorneys for Plaintiffs


/s/ Shelby K. Towe
Cynthia L. Walker
Shelby K. Towe
BOONE KARLBERG P.C.

Attorneys for Defendant J.P. Gallagher