Rylee Sommers-Flanagan
Molly E. Danahy
Caitlin M. Cocilova
UPPER SEVEN LAW
P.O. Box 31
Helena, MT 59624
(406) 998-6067
rylee@uppersevenlaw.com
molly@uppersevenlaw.com
caitlin@uppersevenlaw.com

Constance Van Kley
VAN KLEY LAW PLLC
P.O. Box 451
Missoula, MT 59806
(605) 517-0673
constance@vankleylaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA, et al.,<br><br>*Plaintiffs*,<br><br>vs.<br><br>AUSTIN KNUDSEN; SUSIE HEDALEN; and J.P. GALLAGHER,<br><br>*Defendants.* | Cause No. CV-23-50-BU-BMM<br><br>Hon. Brian Morris<br><br>**Unopposed Motion for Voluntary Dismissal of Plaintiffs Bumblebee Aerial Fitness and Imagine Nation Brewing** |

Pursuant to Rule 21 of the Federal Rules of Civil Procedure, Plaintiffs Bumblebee Aerial Fitness ("Bumblebee") and Imagine Nation Brewing ("Imagine Nation") move to dismiss themselves from this case. Under Rule 21, "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party." Fed. R. Civ. P. 21.

Bumblebee and Imagine Nation request and consent to dismissal. Dismissing Bumblebee and Imagine Nation from the case will not prejudice any party to this litigation. Bumblebee's and Imagine Nation's allegations and claims are not necessary to adjudicate the claims of the remaining Plaintiffs. The claims brought by the remaining Plaintiffs will proceed, and Defendants will not be prejudiced or affected in any meaningful way, because the remaining Plaintiffs are seeking identical claims for relief against Defendants Knudsen and Hedalen.

Defendants Knudsen and Hedalen do not oppose this motion.

Respectfully submitted this 21st day of August, 2026.

/s/ *Molly E. Danahy*
Rylee Sommers-Flanagan
Molly E. Danahy
Caitlin M. Cocilova
UPPER SEVEN LAW

Constance Van Kley
VAN KLEY LAW PLLC

*Attorneys for Plaintiffs*