Rylee Sommers-Flanagan
Molly E. Danahy
Caitlin M. Cocilova
UPPER SEVEN LAW
P.O. Box 31
Helena, MT 59624
(406) 998-6067
rylee@uppersevenlaw.com
molly@uppersevenlaw.com
caitlin@uppersevenlaw.com

Constance Van Kley
VAN KLEY LAW PLLC
P.O. Box 451
Missoula, MT 59806
(605) 517-0673
constance@vankleylaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA, et al.,<br><br>*Plaintiffs*,<br><br>vs.<br><br>AUSTIN KNUDSEN; SUSIE HEDALEN; and J.P. GALLAGHER,<br><br>*Defendants.* | Cause No. CV-23-50-BU-BMM<br><br>Hon. Brian Morris<br><br>**Stipulation to Dismiss Adria Jawort's Claims Against J.P. Gallagher with Prejudice** |

The Parties to Counts I & II, Plaintiff Adria Jawort and Defendant J.P. Gallagher, jointly stipulate, pursuant to Rule 21 of the Federal Rules of Civil Procedure, that Counts I & II be severed and dismissed with prejudice and that J.P. Gallagher and the City and County of Butte-Silver Bow, Montana, be dismissed from this action, each party to bear their own costs and fees.

Dated this 11th day of September, 2026.

/s/*Molly E. Danahy*
Rylee Sommers-Flanagan
Molly E. Danahy
Caitlin Cocilova
UPPER SEVEN LAW
*Attorneys for Plaintiff*

*/s/ Shelby K. Towe*
Cynthia L. Walker
Shelby K. Towe
BOONE KARLBERG P.C.

*Attorneys for Defendant J.P. Gallagher*