Rylee Sommers-Flanagan
Molly E. Danahy
Caitlin M. Cocilova
UPPER SEVEN LAW
P.O. Box 31
Helena, MT 59624
(406) 998-6067
rylee@uppersevenlaw.com
molly@uppersevenlaw.com
caitlin@uppersevenlaw.com

Constance Van Kley
VAN KLEY LAW PLLC
P.O. Box 451
Missoula, MT 59806
(605) 517-0673
constance@vankleylaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA, et al.,<br><br>*Plaintiffs*,<br><br>vs.<br><br>AUSTIN KNUDSEN; SUSIE HEDALEN; and J.P. GALLAGHER,<br><br>*Defendants.* | Cause No. CV-23-50-BU-BMM<br><br>Hon. Brian Morris<br><br>**Notice of Omitted Declaration in Support of Plaintiffs' Statement of Disputed Facts** |

On October 30, 2026, Plaintiffs filed their Statement of Disputed Facts, Doc. 113, in support of their Brief in Opposition to State Defendants' Cross-Motion for Partial Summary Judgment on Counts IV & V, Doc. 114. Plaintiffs erroneously omitted Exhibit A to the Statement of Disputed Facts when filing. Exhibit A is the October 29, 2026 Declaration of Raymi Samson referenced in Plaintiffs' Statement of Disputed Facts. Exhibit A is concurrently filed as an attachment to this Notice.

DATED this 31st day of October, 2026.

*<u>/s/ Constance Van Kley</u>*
Constance Van Kley
VAN KLEY LAW PLLC

Rylee Sommers-Flanagan
Molly E. Danahy
Caitlin Cocilova
UPPER SEVEN LAW

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed in CM/ECF on October 31, 2026, and served upon all registered users.

/s/ *Constance Van Kley*