# Exhibit A

Oct. 29, 2026 Decl. of Raymi Samson

Rylee Sommers-Flanagan
Molly E. Danahy
Caitlin M. Cocilova
UPPER SEVEN LAW
P.O. Box 31
Helena, MT 59624
(406) 998-6067
rylee@uppersevenlaw.com
molly@uppersevenlaw.com
caitlin@uppersevenlaw.com

Constance Van Kley
VAN KLEY LAW PLLC
P.O. Box 451
Missoula, MT 59806
(605) 517-0673
constance@vankleylaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| THE IMPERIAL SOVEREIGN COURT OF THE STATE OF MONTANA, et al.,<br><br>Plaintiffs,<br>v.<br><br>AUSTIN KNUDSEN; SUSIE HEDALEN; and J.P. GALLAGHER,<br><br>Defendants. | Cause No. CV 22-50-BU-BMM<br><br>**Declaration of Raymi Samson** |

I, Raymi Samson, declare as follows:

1. I am over the age of eighteen years, am competent to testify as to the matters set forth herein, and I make this declaration based upon my personal knowledge and belief.

2. I am a resident of Missoula, Montana.

3. I am the president of The Imperial Sovereign Court of the State of Montana ("the Imperial Court"), a domestic nonprofit corporation founded in 1993 and headquartered in Missoula, Montana.

4. The Imperial Court produces drag shows at small businesses and public spaces across the state. Venues include bars and restaurants.

5. For example, the Imperial Court hosted several of our monthly drag shows at the Eagles Bar in Bozeman in 2026 (18 or 21+).

6. And the Imperial Court hosted several of our monthly drag shows at the Eagles Bar in Bozeman in 2025, as well as a trivia night at Vino Per Tutti in Bozeman (18 or 21+).

7. When appropriate, Imperial Court hosts events at bars and restaurants for all ages. For example, we've hosted several Drag Story Hours at Steep Mountain Tea House in Bozeman, which were open to all ages.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 29th day of October, 2026, in Missoula, Montana.

Raymi Samson